Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

American Civil Liberties Union Foundation;
American Civil Liberties Union Foundation of
Northern California,

                  Plaintiff(s),

v.

Department of Justice, et al.

                  Defendant(s).

Case No: 19-0290

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Hugh Handeyside, an active member in good standing of the bar of the U.S. Dist. Ct., E.D.N.Y., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: all Plaintiffs in the above-entitled action. My local co-counsel in this case is Matthew Cagle, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

MY TELEPHONE # OF RECORD:
212-549-2500

MY EMAIL ADDRESS OF RECORD:
hhandeyside@aclu.org

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
American Civil Liberties Union Foundation of Northern California
39 Drumm Street
Sab Francisco, CA 94111

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
415-621-2493

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
mcagle@aclunc.org

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: N/A.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/17/2019

Hugh Handeyside
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Hugh Handeyside is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1-18-19

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

October 2012