AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) U.S. Attorney for the Northern District of California
was received by me on (date) 1/19/2019 .

☐ I personally served the summons on the individual at (place)
on (date) ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)
, a person of suitable age and discretion who resides there,
on (date) , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) , who is
designated by law to accept service of process on behalf of (name of organization)
on (date) ; or

☐ I returned the summons unexecuted because ; or

☒ Other (specify): Sent by certified mail on 1/23/2019 to the U.S. Attorney for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/31/2019

Server's signature

Sienna Walker, Legal Assistant
Printed name and title

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Acting Attorney General, Matthew G. Whitaker
was received by me on *(date)*   1/19/2019   .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Sent by certified mail on 1/23/2019 to the Acting Attorney General, Matthew G. Whitaker, United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-1000.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   1/31/2019

*Server's signature*

Sienna Walker, Legal Assistant

*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of Justice

was received by me on *(date)*  1/19/2019  .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Sent by certified mail on 1/23/2019 to the Department of Justice.
Sent by certified mail on 1/23/2019 to the Acting Attorney General, Matthew G. Whitaker.
Sent by certified mail on 1/23/2019 to the U.S. Attorney for the Northern District of California.
See attachment for complete mailing addresses.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/31/2019

*Server's signature*

Sienna Walker, Legal Assistant
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Certified Mail Addresses:

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Acting Attorney General, Matthew G. Whitaker
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-100

U.S. Attorney for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Federal Bureau of Investigation
was received by me on *(date)* 1/19/2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Sent by certified mail on 1/23/2019 to the Federal Bureau of Investigation.
Sent by certified mail on 1/23/2019 to the Acting Attorney General, Matthew G. Whitaker.
Sent by certified mail on 1/23/2019 to the U.S. Attorney for the Northern District of California.
See attachment for complete mailing addresses.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/31/2019

*Server's signature*

Sienna Walker, Legal Assistant

*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Server's address*

Additional information regarding attempted service, etc:

Certified Mail Addresses:

U.S. Federal Bureau of Investigation Headquarters
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Acting Attorney General, Matthew G. Whitaker
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-100

U.S. Attorney for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Department of Homeland Security

was received by me on *(date)*   1/19/2019   .

☐ I personally served the summons on the individual at *(place)*
on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*  ; or

☐ I returned the summons unexecuted because  ; or

☒ Other *(specify)*: Sent by certified mail on 1/23/2019 to the U.S. Department of Homeland Security.
Sent by certified mail on 1/23/2019 to the Acting Attorney General, Matthew G. Whitaker.
Sent by certified mail on 1/23/2019 to the U.S. Attorney for the Northern District of California.
See attachment for complete mailing addresses.

My fees are $  for travel and $  for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:  1/31/2019

*Server's signature*

Sienna Walker, Legal Assistant

*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Server's address*

Additional information regarding attempted service, etc:

Certified Mail Addresses:

U.S. Department of Homeland Security
Office of General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, D.C. 20528-0485

Acting Attorney General, Matthew G. Whitaker
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-100

U.S. Attorney for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Customs and Border Protection

was received by me on *(date)*   1/19/2019   .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:   Sent by certified mail on 1/23/2019 to the U.S. Custom and Border Protection.
Sent by certified mail on 1/23/2019 to the Acting Attorney General, Matthew G. Whitaker.
Sent by certified mail on 1/23/2019 to the U.S. Attorney for the Northern District of California.
See attachment for complete mailing addresses.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   1/31/2019

Server's signature

Sienna Walker, Legal Assistant
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Certified Mail Addresses:

U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue, NW
Washington, D.C. 20229

Acting Attorney General, Matthew G. Whitaker
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-100

U.S. Attorney for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Citizenship and Immigration Services

was received by me on *(date)*  1/19/2019  .

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☒ Other *(specify):*  Sent by certified mail on 1/23/2019 to the U.S. Citizenship and Immigration Services.
Sent by certified mail on 1/23/2019 to the Acting Attorney General, Matthew G. Whitaker.
Sent by certified mail on 1/23/2019 to the U.S. Attorney for the Northern District of California.
See attachment for complete mailing addresses.

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/31/2019

*Server's signature*

Sienna Walker, Legal Assistant

*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Server's address*

Additional information regarding attempted service, etc:

Certified Mail Addresses:

U.S. Customs and Immigration Services
Office of Chief Counsel
20 Massachusetts Avenue, NW
Room 4210
Washington, D.C. 20229

Acting Attorney General, Matthew G. Whitaker
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-100

U.S. Attorney for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)*  U.S. Immigration and Customs Enforcement

was received by me on *(date)*  1/19/2019  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Sent by certified mail on 1/23/2019 to the U.S. Immigration and Customs Enforcement.
Sent by certified mail on 1/23/2019 to the Acting Attorney General, Matthew G. Whitaker.
Sent by certified mail on 1/23/2019 to the U.S. Attorney for the Northern District of California.
See attachment for complete mailing addresses.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/31/2019

*Server's signature*

Sienna Walker, Legal Assistant
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Certified Mail Addresses:

U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th Street, SW
Washington, D.C. 20024

Acting Attorney General, Matthew G. Whitaker
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-100

U.S. Attorney for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of State

was received by me on *(date)*   1/19/2019   .

☐ I personally served the summons on the individual at *(place)*
  on *(date)*   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
  , a person of suitable age and discretion who resides there,
  on *(date)*   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   , who is designated by law to accept service of process on behalf of *(name of organization)*
  on *(date)*   ; or

☐ I returned the summons unexecuted because   ; or

☒ Other *(specify)*: Sent by certified mail on 1/23/2019 to the Department of State.
Sent by certified mail on 1/23/2019 to the Acting Attorney General, Matthew G. Whitaker.
Sent by certified mail on 1/23/2019 to the U.S. Attorney for the Northern District of California.
See attachment for complete mailing addresses.

My fees are $   for travel and $   for services, for a total of $ 0.00   .

I declare under penalty of perjury that this information is true.

Date: 1/31/2019

*Server's signature*

Sienna Walker, Legal Assistant

*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Server's address*

Additional information regarding attempted service, etc:

Certified Mail Addresses:

U.S. Department of State
The Executive Office
Office of the Legal Adviser
Suite 5.600
600 19th Street, NW
Washington, D.C. 20522

Acting Attorney General, Matthew G. Whitaker
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-100

U.S. Attorney for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102