JOSEPH H. HUNT
   Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
   Deputy Branch Director

ELIZABETH TULIS (NY Bar)
   Trial Attorney
   U.S. Department of Justice
   Civil Division, Federal Programs Branch
   1100 L Street, NW
   Washington, D.C.  20005
   Telephone: (202) 514-9237
   Facsimile: (202) 616-8460
   E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF STATE, <br><br> Defendants. | No. 19-cv-290-SK <br><br> NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS |

     PLEASE TAKE NOTICE that Elizabeth Tulis of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby appears as counsel of record for Defendants Department of Justice, Federal Bureau of Investigation, Department of Homeland

Security, U.S. Customs and Border Protection, U.S. Citizenship and Immigration Services, U.S. Immigration and Customs Enforcement, and Department of State.

Copies of all pleadings, papers, and notices should be sent electronically to elizabeth.tulis@usdoj.gov.

Dated: February 20, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ELIZABETH SHAPIRO
Deputy Director

*s/Elizabeth Tulis*
ELIZABETH TULIS
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone: (202) 514-9237
elizabeth.tulis@usdoj.gov

Attorneys for Defendants