JOSEPH H. HUNT
    Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
    Deputy Branch Director

ELIZABETH TULIS (NY Bar)
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, NW
    Washington, D.C. 20005
    Telephone: (202) 514-9237
    Facsimile: (202) 616-8460
    E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF STATE,<br><br>    Defendants. | No. 19-cv-290-SK<br><br>STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT |

    IT IS HEREBY STIPULATED by and between Plaintiffs American Civil Liberties Union Foundation and American Civil Liberties Union Foundation of Northern California, and Defendants Department of Justice, Federal Bureau of Investigation, Department of Homeland

Security, U.S. Customs and Border Protection, U.S. Citizenship and Immigration Services, U.S. Immigration and Customs Enforcement, and Department of State that Defendants' time to respond to the Complaint is extended from February 25, 2019, until March 25, 2019.

Respectfully submitted,

Dated: February 20, 2019

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ELIZABETH SHAPIRO
Deputy Director

*s/Elizabeth Tulis*
ELIZABETH TULIS
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone: (202) 514-9237
elizabeth.tulis@usdoj.gov

Attorneys for Defendants

Dated: February 20, 2019

Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 54902500
hhandeyside@aclu.org

*s/Matthew Cagle*
MATTHEW CAGLE
American Civil Liberties Union Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 621-2493
mcagle@aclunc.org

Attorneys for Plaintiffs