UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Civil Liberties Union Foundation, et al., <br>                     Plaintiff(s) <br>          v. <br><br> Department of Justice, et al., <br>                     Defendant(s). | Case No. 3:19-cv-00290 <br><br> CONSENT OR DECLINATION <br> TO MAGISTRATE JUDGE <br> JURISDICTION |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

United States District Court
Northern District of California

Dated: March 8, 2019

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ELIZABETH SHAPIRO
Deputy Director

*s/Elizabeth Tulis*
ELIZABETH TULIS
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone: (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28