# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 2, 2019   **Time:** 10:02 – 10:07 = 5 Minutes   **Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-00290-EMC   **Case Name:** American Civil Liberties Union Foundation v. Department of Justice

**Attorneys for Plaintiff:** Hugh Handeyside, Matt Cagle
**Attorney for Defendant:** Elizabeth Tulis

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Not Reported

## PROCEEDINGS

Initial Case Management Conference - held.

## SUMMARY

Parties stated appearances.

Plaintiff stated negotiations with the Government over production schedule are ongoing. Government reported progress in discussions.

Parties expect significant progress in setting production dates by June 3, 2019.

Further Case Management Conference set June 12, 2019 at 10:30 a.m. Joint case management conference statement due June 5, 2019.