# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 12, 2019     **Time:** 10:27 – 10:53 = 26 Minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-00290-EMC     **Case Name:** American Civil Liberties Union Foundation v. Department of Justice

**Attorney for Plaintiff:** Matt Cagle
**Attorney for Defendant:** Elizabeth Tulis

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Not Reported

## PROCEEDINGS

Further Case Management Conference - held.

## SUMMARY

Parties stated appearances. Parties discussed progress and disputes.

FOIA Request dated 1/31/2019 handed up to the Court for review.

FBI provided a Glomar. Remanded by DOJ for production on January 31, 2019. Scope of requests 1, 5, 2d no longer in dispute. There is a dispute as to FBI's response to 2a thru c. As to current production, Government reported large backlog and multi-step review process required. Parties also dispute timing as to OIP production. Parties to meet and confer on process to resolve timing dispute.

Parties also to meet and confer regarding possibility of exhausting administrative appeal, or alternatively summary adjudication on FBI's response.

Parties to submit a joint letter to the Court by June 14, 2019 regarding FBI, OIP and possibly State Department timing dispute.

Further Status Conference set 9/5/2019 at 10:30 a.m. Joint Status Conference Statement due 8/29/2019.