UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Case No. 19-cv-00290-EMC<br><br>**ORDER RE PARTIAL SUMMARY JUDGMENT BRIEFING**<br><br>Docket No. 25 |

In this FOIA action, Defendant FBI issued a "Glomar" response to parts 2(a)–(c) of Plaintiffs' request.  The parties now inform the Court that Plaintiffs cannot presently administratively appeal the FBI's response to the Department of Justice's Office of Information Policy.  Docket No. 25 at 6.  Plaintiffs propose to resolve the dispute by means of partial summary judgment.  *See id.*  The Court agrees with Plaintiffs that partial summary judgment is appropriate to resolve this threshold issue and necessary to determine whether the FBI should process parts 2(a)–(c) of Plaintiffs' FOIA request.

Accordingly, the parties are hereby **ORDERED** to submit by July 11, 2019 a stipulated briefing schedule that follows the standard 35-day motions timeline (*i.e.*, opposition brief due 14 days after motion, reply brief due 7 days after opposition brief, and hearing set for at least 14 days after the reply brief).  The Court rejects the FBI's suggestion that briefing should not commence until October 2019.

**IT IS SO ORDERED**.

Dated: July 3, 2019

EDWARD M. CHEN
United States District Judge