UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to the Court's order of July 3, 2019 (ECF No. 26), the parties jointly propose this stipulated schedule for partial summary judgment briefing:

Defendants' Motion for Partial Summary Judgment: September 6, 2019

Plaintiffs' Memorandum in Opposition: September 20, 2019

Defendants' Reply Brief: September 27, 2019

The parties further propose that a hearing on the motion for partial summary judgment be set for Thursday, October 17, 2019 at 1:30 p.m.

Respectfully submitted,

DATED: July 11, 2019        /s/ *Hugh Handeyside*
                            Hugh Handeyside
                            American Civil Liberties Union Foundation
                            125 Broad Street, 18th Floor
                            New York, NY 10004
                            Telephone: 212-549-2500
                            hhandeyside@aclu.org

1

Matthew Cagle
American Civil Liberties Union Foundation of
   Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

*Attorneys for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

/s/ *Elizabeth Tulis*
ELIZABETH TULIS (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: July 11, 2019

_____
Hon. Edward M. Chen
United States District Judge