UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Case No. 3: 19-cv-00290-EMC<br><br>**PROPOSED ORDER ON DEFFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO FBI** |

**PROPOSED ORDER ON DEFENDANT DOJ'S MOTION FOR**

**PARTIAL SUMMARY JUDGMENT WITH RESPECT TO FBI**

| | |
|---|---|
| 1 | |
| 2 | Having considered the submissions of the parties, the Court hereby ORDERS that the |
| 3 | |
| 4 | Defendant DOJ's Motion for Partial Summary Judgment with Respect to FBI is GRANTED. |

Dated:

UNITED STATES DISTRICT JUDGE

1