OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** September 5, 2019   **Time:** 10:46 – 11:00 = 14 Minutes   **Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-00290-EMC   **Case Name:** American Civil Liberties Union Foundation v. Department of Justice

**Attorney for Plaintiff:** Matthew Cagle
**Attorney for Defendant:** Elizabeth Tulis

**Deputy Clerk:** Angella Meuleman        **Court Reporter:** Not Reported

PROCEEDINGS

Status Conference - held.

SUMMARY

Parties stated appearances.

FBI's Motion for partial summary judgment with partial Glomar response due tomorrow, 9/6/2019. First production from FBI was made to plaintiff 9/3/2019. Parties to discuss larger timeline for overall production.

With respect to requests of other agencies, significant productions have occurred with some evaluations pending.

Parties making progress as to discussing proposals to narrow discovery requests and will further meet and confer. As to OIP, plaintiff wants to know the universe of documents under consideration in order to discuss possible narrowing of request.

Further status conference set 1/16/2020 at 10:30 a.m. Joint status report due 1/9/2020.