HUGH HANDEYSIDE
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Fax: 212-549-2583
hhandeyside@aclu.org

MATTHEW CAGLE (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Fax: 415-255-1478
mcagle@aclunc.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC <br><br> **DECLARATION OF HUGH E. HANDEYSIDE** <br><br> Hearing date: October 17, 2019 <br> Time: 1:30 p.m. <br> Courtroom: 5 <br> Judge: Hon. Edward M. Chen |

Pursuant to 28 U.S.C. § 1746, I, Hugh E. Handeyside, hereby state under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney at the American Civil Liberties Union Foundation and co-counsel for Plaintiffs the American Civil Liberties Union Foundation and American Civil Liberties Union Foundation of Northern California (together, the "ACLU") in the above-numbered action. I submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion for Partial Summary Judgment, ECF No. 31.

2. Attached hereto as Exhibit A is a true and correct copy of Federal Bureau of Investigation ("FBI"), Strategic Information and Operations Center, *Request for Information – Social Media Application* (Jan. 19, 2012), which is available at https://goo.gl/kRPLZt.

3. Attached hereto as Exhibit B is a true and correct copy of  FBI, *Limited Source Justification*, Solicitation No. DJF-17-1300-PR00000555, at 4 (Nov. 8, 2016), which is available at available at https://goo.gl/Ty9WFZ.

4. Attached hereto as Exhibit C is a true and correct copy of FBI, Counterterrorism Division – Exploitation Threat Section, *Request for Quote – Social Media Awareness and Monitoring Licenses*, Solicitation No. DJF-17-1300-PR-0000555, at 3 (Nov. 8, 2016), which is available at https://t.ly/8r9lW.

5. Attached hereto as Exhibit D is a true and correct copy of FBI, *Social Media Alerting Statement of Objectives*, Solicitation No. DJF-194750PR0000369, at 2 (July 8, 2019), which is available at https://t.ly/knyNq.

6. Attached hereto as Exhibit E is a true and correct copy of FBI, *Request for Proposal – Social Media Alerting*, Solicitation No. DJF-194750PR0000369, at 5 (July 8, 2019), which is available at https://t.ly/knyNq.

7. Attached hereto as Exhibit F is a true and correct copy of *Crisis of Confidence: Preventing Terrorist Infiltration Through U.S. Refugee and Visa Programs: Hearing Before the H.R. Comm. On Homeland Sec.*, 114th Cong. 7 (2016) (written statement of Michelle Bond, Assistant Secretary for Consular Affairs), produced to Plaintiffs by

Defendant State Department on September 12, 2019.

8. Attached hereto as Exhibit G is a true and correct copy of an email from [redacted] to [redacted], dated Jan. 2, 2018 and produced to Plaintiffs by Defendant U.S. Immigration and Customs Enforcement ("ICE") on July 25, 2019.

9. Attached hereto as Exhibit H is a true and correct copy of an email from David J. Palmer, Department of Homeland Security ("DHS") Associate General Counsel, to multiple recipients, dated Dec. 17, 2015 and produced to Plaintiffs by Defendant U.S. Citizenship and Immigration Services on August 8, 2019.

10. Attached hereto as Exhibit I is a true and correct copy of DHS, Office of Inspector General, OIG-17-40, DHS' Pilots for Social Media Screening Need Increased Rigor to Ensure Scalability and Long-term Success 1 n.2, 4 (2017), which is available at https://goo.gl/WDb5iJ.

11. Attached hereto as Exhibit J is a true and correct copy of DHS, Privacy Compliance Review of the U.S. Customs and Border Protection Electronic System for Travel Authorization 1 (2017), which is available at https://t.ly/njGPr.

12. Attached hereto as Exhibit K is a true and correct copy of DHS, Privacy Impact Assessment for the Publicly Available Social Media Monitoring and Situational Awareness Initiative 1 (Mar. 25, 2019), which is available at https://t.ly/JJmAm.

13. Attached hereto as Exhibit L is a true and correct copy of DHS, Homeland Security Investigations, Shared Services for Vetting Board Recommendation 2 (undated), produced to Plaintiffs by Defendant ICE on July 25, 2019.

14. Attached hereto as Exhibit M is a true and correct copy of DHS, Homeland Security Investigations, Extreme Vetting – Visa Security Program – PATRIOT 3 (undated), produced to Plaintiffs by Defendant ICE on July 25, 2019.

15. Attached hereto as Exhibit N is a true and correct copy of DHS, Privacy Impact Assessment for the Fraud Detection and National Security Data System 4, 14-16 (May 18, 2016), which is available at https://t.ly/Ev6BJ.

16. Attached hereto as Exhibit O is a true and correct copy of Dep't of Justice Inspector

General & DHS Inspector General, A Joint Review of Law Enforcement Cooperation on the Southwest Border between the Federal Bureau of Investigation and Homeland Security Investigations (July 2019), which is available at https://oig.justice.gov/reports/2019/e1903.pdf

17. Attached hereto as Exhibit P is a true and correct copy of DHS, Privacy Impact Assessment for the Automated Targeting System 35-37 (Jan. 13, 2017), which is available at https://t.ly/50NAR.

DATED: September 20, 2019  
Bainbridge Island, WA

/s/ Hugh Handeyside  
Hugh Handeyside  
American Civil Liberties Union Foundation  
125 Broad Street, 18th Floor  
New York, NY 10004  
Telephone: 212-549-2500  
hhandeyside@aclu.org