# Exhibit A

### General

This is a Request for Information by the Federal Bureau of Investigations, Strategic Information and Operations Center. This is not a Request for Proposal and no submissions will be accepted as official offers for contract.

The FBI SIOC is conducting this RFI as market research to determine the capability of industry to provide an Open Source and social media alert, mapping, and analysis application solution. In response to this RFI, please provide potential solution capabilities that you currently have related to all required personnel, equipment, supplies, software, facilities, transportation, materials, personnel, and any other items and services necessary to address the described need below.

Please note that this must address both the operational and analytical needs of the FBI SIOC, as described.

### Background

SIOC has a need to enhance its techniques for collecting and sharing "open source" actionable intelligence.

The FBI has conducted market research and determined that a geospatial alert and analysis mapping application is the best known solution for attaining and disseminating real time open source intelligence and improving the FBI's overall situational awareness.

This must be a secure, light weight web application portal, using mash-up technology. The application must have the ability to rapidly assemble critical open source information and intelligence that will allow SIOC to quickly vet, identify, and geo-locate breaking events, incidents and emerging threats. The product must have the capacity to allow the user to retain control of cached and real-time proprietary data; the ability to share it with selected partners, and ultimately enhancing coordination, synchronized-awareness and synergy at the operational level.

The application must be infinitely flexible and have the ability to adapt quickly to changing threats to maintain the strategic and tactical advantage. Flexibility is critical because the users must have the ability to select and display to a common operating picture or dashboard both unclassified open source feeds, and social media vetting and analytical tools in support of a breaking event or crisis.

### Scope

The purpose of this effort is to meet the outlined objectives for the FBI SIOC, in addition to FBI Field Offices, LEGATS (overseas), and Operational Units for the enhancement FBI SIOC's overall situational awareness and improved strategic decision making. The tool will address the objectives and desired accomplishments by providing services to include but are not limited to training, software configuration, design, installation, administrative, and consultation. The supplies should include but are not limited to the application, defined geo-map layers.

### Objectives

- Provide a user defined operations pictures (UDOP) that are flexible to support a myriad of functional FBI missions. Examples include but are not limited to: Reconnaissance & Surveillance, NSSE Planning, NSSE Operations, SIOC Operations, Counter Intelligence, Terrorism, Cybercrime, etc.

- To improve the FBI SIOC's open source intelligence collection capabilities by establishing a robust open source platform that has the flexibility to change search parameters and geo-locate the search based on breaking events or emerging threats.

- Improve and accelerate the speed by which the FBI SIOC is alerted, vetted and notified of breaking events and emerging threats to more effectively notify the appropriate FO, LEGAT or OGA. (push vs. pull)

- Provide FBI Executive Management with enhanced strategic, operational and tactical information for improved decision making

- Empower the FBI SIOC with rapid self-service application to quickly adjust open source "search" parameters to a breaking event, crisis, and emerging threats.

*At a minimum the application must have the following capabilities for operational functions:*

### I. Operational Capabilities

**A.** Search
  a. Provide an automated search and scrape capability of both social networking sites and open source news sites for breaking events, crisis, and threats that meet the search parameters/keywords defined by FBI SIOC.
  b. Ability for user to create, define, and select parameters/key word requirements. Automated search of national news, local news, and social media networks. Examples include but are not limited to Fox News, CNN, MSNBC, Twitter, Facebook, etc.
  c. Ability for user to create, define, and select radius search functions that can be searched independently or in combination with an identified key word search/ parameter.

**B.** Vet
  a. Provide automated filtering of data that has been searched and collected based on defined search parameters.

**C.** Alert
  a. Provide instant notifications of breaking events, incidents, and emerging threats that have been vetted and meet the defined search parameters.
  b. Ability to display alerts visually by geo-locating alerts onto geospatial map. Displayed alerts should be prioritized (i. e. color coded) in accordance with FBI defined priorities.
  c. Ability to clear alert or maintain alert until its final resolution to be determined by the FBI designated user.
  d. Ability to save and archive the alerts

**D.** Select
  a. Ability for user to instantly select desired national and local news feeds to monitor breaking events and emerging threats. scrape the vetted news and social media information

**E.** Map
  a. Ability to immediately access geospatial maps with coding in addition to providing critical infrastructural layers. Preferred maps include but are not limited to Google Maps, Google 3D maps, ESRI, and Yahoo Maps. The FBI will provide the layers to the selected vendor who must in tern incorporate the layer(s) on the respective geospatial map. In addition to the provided layers the vendor must provide the following layers:

      i. US Domestic Terror Data – Ability to view and plot legacy US Domestic terrorist data mashed with geo coordinates. Ability to search the data across a myriad of parameters and view terrorist activities by location, terrorist group, type of attack and see trends and analytics.

      ii. World Wide Terror Data – Ability to view and plot Global terrorist data mashed with geo coordinates. Ability to search the data across a myriad of parameters and view terrorist activities by location, terrorist group, and type of attack and see trends and analytics. Allows global terror data to be searched across myriad parameters

      iii. US Embassies, Consulates & Military Installations Worldwide – Ability to locate and view geo spatial imagery of US Embassy, consulate and military installations around the world. Ability to quickly geo-locate and view geo spatial imagery of US government installations around the world.

      iv. Weather Conditions and Forecast
   1. Ability to select a layer from the mapping s/geospatial data that will provide current and complete weather conditions and forecast at anytime anywhere globally.
   2. Ability to track hurricane paths and timelines for landfall and other natural disasters for advanced notifications and preparations for FBI Field Offices.

      v. Traffic Video- Ability to display video feeds from traffic cameras to monitor traffic patterns, obstructions, bottle necks, protesters, and flash mobs.

**F. Spot Reports**
   a. Ability to create templates that will allow user to quickly summarize (i.e. who, what, when, where, and why) threats/incidents identified and alerted by the application with the geo-coordinates included. Ability available to immediately ingest the information into the Spot Report for time-sensitive threats/incidents.

   b. Ability for user to immediately disseminate the summarized threat or incident by either single alert notification or mass notification to the appropriate field office and FBI Executive Management.

   c. Ability to capture and summarize the investigative efforts conducted by the Field Office for resolution of the incident.

   d. Provide "Spot Report" folders to save and archive past reports.

**G. Tabs**
   a. Ability to support Field offices by region by pre-designated or established tabs that will mirror the basic functional capabilities as the main SIOC site.

   b. Each tab should have the flexibility to make immediate changes to effectively support the mission requirements for a specific division

**H. Twitter and other Social Networking Monitoring**
   a. Ability to instantly search and monitor key words and strings in all "publicly available" tweets across the Twitter Site and any other "publicly available" social networking sites/forums (i.e. Facebook, MySpace, etc.).

b. Ability to provide robust search and alert notifications of developing events and possible emerging threats to National Security, key government personnel or any criminal activity that falls in the jurisdiction or interest of the FBI.
c. Must provide a drop-down menu with pre-identified "word search" criteria.
d. Ability for the user to create new "key word(s)" searches on the "fly" for identifying and monitoring new threats as they emerge.
e. Ability to simultaneously conduct multiple word combination or string searches such as a "waterfall" search engine that can look at 10 or 20 separate incidents/threats at the same time within the same "window."
   i. The application must have an automated program with the ability to simultaneously filter those multiple targeted words through a prioritized system identified by the user.
   ii. Ability to then pushing those filtered words to a separate queue for further analysis by the user.
   iii. Ability to control the speed of the "waterfall" search (slow, fast, faster); the "fall" size (small, medium, large); text size (small, medium, large).
   iv. Ability to show different views of the "waterfall" (i.e. presentation mode, full width mode)
   v. Ability to select different languages to view tweets in foreign languages (minimum of 12 languages).
   vi. Ability to immediately translate into English, tweets and any other open forum publically available social media captured in a foreign language.
f. Ability to determine the time frame for the continuous monitoring of the defined parameters.
g. Ability to geo-locate the open source social media "search" by setting a radius by both miles and kilometers (i.e. 5 miles, 10 miles, 50 miles radius) that will allow the user to quickly narrow the search to a specific area/region/location.

*At a minimum the application must have the following capabilities for analytical functions:*

## II.   Analytical Capabilities

Intelligence objectives in using a social media analysis include: Detecting potential threats, developing threat profiles, outline possible courses-of-action, determine timeframe for action by bad actors, identify and develop tactical picture of the location for threat events, develop intelligence products for counter-measures.

### A. Routine Operations

In this scenario, SIOC watch-standers man a communications center in SIOC and monitor events around the globe and determine an appropriate notification procedure if a single event is of significance to law enforcement. SIOC must be aware of what the FBI is doing and also what adversarial persons or groups are doing in any given location. Once the notification procedures are completed and the selected event is properly logged for archival record, the event becomes dormant as far as SIOC is concerned; that is, no further action is taken and SIOC resumes routine monitoring.

Social media is a valued source of information to the SIOC intelligence analyst in routinely monitoring events. Analysts have standing intelligence issues that they monitor as a matter of daily course around the globe. It is also seminal in their effort to provide initial information about single events of significance to law enforcement. Social media has become a primary source of intelligence because it has become the premier first response to key events and the primal alert to possible developing situations. Warning intelligence is probably the most important function performed by the intelligence analysts on staff. For example, intelligence analysts will monitor social media looking for threatening responses to news of the

day such as a major policy announcement by the federal government, for responses to natural disasters like an earthquake or hurricane, or indicators of pending adverse events.

SIOC intelligence staff needs a tool to analyze social media in support of routine operations that meets the intelligence objectives stated above. In addition to supporting daily operations, analysts will need to analyze social media drawn from a long period of time for strategic assessment of global issues.

    **B.**    Crisis Operations

When a crisis event occurs which requires focused and longer term attention than the SIOC Operations Watch is mandated to handle, SIOC establishes a command post to response exclusively to that crisis. The purpose of the command post will be to direct a response to the crisis at the headquarters level of the FBI and to keep FBI Executives apprised of the developing situation. A crisis emerges with no or little notice or lead time, thus, a need exists for the rapid development of a common operational and intelligence picture of the crisis event.

Social media will be a valued source of information to the SIOC intelligence analyst in a crisis because it will be both eyewitness and first response to the crisis. Social media has emerged to be the first instance of communication about a crisis trumping traditional first responders that included police, firefighters, EMT, and journalists. Social media is rivaling 911 services in crisis response and reporting. Intelligence analysts will often use social media to receive the first tip-off that a crisis has occurred, collect details of the crisis on scene through eyewitnesses, detect probable directions and timeframes the crisis is taking, and can even serve as evidence for investigation, thus, it is an integral part of intelligence operations at SIOC.

SIOC intelligence staff needs a tool to analyze social media focused on the situation in support of crisis operations that meets the intelligence objectives stated above.

    **C.**    Planned Operations or Special Events.

In this scenario, SIOC agents and intelligence analyst have lead time to plan and prepare for the planned law enforcement operation or special event. SIOC will establish a command post on a specific date, manned with subject matter experts and agent personnel, and commence support operations to the field. The purpose of the command post will be to keep FBI Executives at headquarters appraised of the national and tactical situation.

Social media will be critical to meeting the intelligence objectives stated above because it provides unique access to communications about the special event potentially in advance of its occurrence. Special events range from political conventions, to national holidays, to sporting events so have a variety of threat scenarios but all can be monitored through social media. In the case of planned operations where the operation itself is not publicly known, social media will be critical to monitoring the reaction to the execution of the enforcement operation. SIOC intelligence staff needs a to analyze over a medium period of time social media in support planned operations and special events.

SIOC intelligence staff needs a tool to analyze social media in support of planned operations or special events that meets the intelligence objectives stated above.

**In all scenarios, SIOC intelligence analysts need to analyze social media to:**

- Provide warning
- Detect specific, credible threats or monitor adversarial situations
- Geo-spatially locate bad actors or groups and analyze their movements, vulnerabilities, limitations, and possible adverse actions
- Predict likely developments in the situation or future actions taken by bad actors (by conducting, trend, pattern, association, and timeline analysis)
- Detect instances of deception in intent or action by bad actors for the explicit purpose of misleading law enforcement
- Develop domain assessments for the area of interest (more so for routine scenarios and special events)
- Develop pattern-of-life matrices to support law enforcement planning and enforcement operations
- Develop tactical reference graphics to support execution of law enforcement actions
- Establish databases for reference and strategic analysis of global issues
- Create reference documents such as a dictionary of "tweet" lingo

### III.     Security Requirements

Vendor must meet all National, Departmental, and Bureau security requirements and policies to include: personnel security, residency requirements, suitability requirements, and privacy requirements.

**Contractor Suitability Requirement**

Access to FBI facilities and information is subject to specific security and suitability requirements. The FBI reserves the right and prerogative to deny and/or restrict facility and information access of any contractor employee determined by the FBI, at any time during performance, to be unsuitable for access and/or present a risk of compromising sensitive government information to which he or she would have access to under this contract. Contractors will be allotted a reasonable amount of time, determined by the government, to replace the employee found not suitable for continued contract performance. Failure to replace the employee may result in a no cost termination for cause by the government

### IV.     Additional Considerations

Vendors must include estimated cost/pricing for providing an "in-house" solution where the FBI will physically control and maintain the servers needed to support the vendor's web-based solution. Additionally, the vendor must provide estimated cost/pricing for maintaining the solution on their own server located offsite in a secure facility where the FBI can securely access the vendor provided web-based solution.