# Exhibit C

# REQUEST FOR QUOTE (RFQ)

# Social Media Awareness and Monitoring Licenses

**Authored by:**

Counterterrorism Division - Exploitation Threat Section

Federal Bureau of Investigation

## Government Lead Contact Information

| | |
|---:|---|
| Task Lead Name | Jeffrey L. Tyler |
| Work Phone Number | 571-280-5169 |
| Branch/Division/Section/Unit | CTD/XTS/DMMTU |
| Mobile Phone Number | n/a |
| Fax Number | n/a |
| E-mail | jeffrey.tyler@ic.fbi.gov |
| Address | J. Edgar Hoover Building<br>935 Pennsylvania Ave, NW<br>Washington, DC 20535 |

## 1.0 BACKGROUND

The use of social media platforms, like Twitter, by terrorist groups, intelligence services, and criminal organizations to further their illegal activity creates a demonstrated need for tools to properly identify the activity and react appropriately. With increased use of Twitter by subjects of FBI investigations, it is critical to obtain a service which will allow the FBI to identify relevant information from Twitter in a timely fashion.  Twitter is used extensively by terrorist organizations and other criminals to communicate, recruit, and raise funds for illegal activity. In addition, Twitter is one of the primary platforms where breaking news and events appear. Consequently, the FBI needs near real time access to the full universe of tweets on a daily basis in order to obtain the most  current information available in furtherance of its law enforcement and intelligence missions.

## 2.0 OBJECTIVES

To provide the FBI with a tool that offers near real time access to the Twitter "firehose" so that the FBI may obtain the most current information available in executing its law enforcement and intelligence missions.

## 3.0 SCOPE

The FBI has a requirement to obtain 200 (plus) licenses to use Quoter's Advanced Alerting Tool via a Sole Sourced Firm Fixed Price contract. This will be a Base Year plus Two Option Periods. This tool will provide the FBI with Quoter's Indicators and Warnings (I&W) capability, which will permit the FBI to search the complete Twitter firehose, in near real time, using customizable filters.  Quoter will also provide the FBI with comprehensive support for the tool by providing 24-hour access to a person or person(s) who can assist the FBI, as needed, in creating customized filters and provide trouble shooting for any other problems. This procurement is contingent on the availability of funding.

### 3.1 CLIN STRUCTURE

CLIN 001 Licenses & Support Services – FFP

## 4.0 TASKS

The Contractor, through its Advanced Alerting Tool, shall provide <u>near real-time access</u> to the <u>full</u> Twitter firehose, via the FBI's unclassified network (UNET)   FBI employees shall use the tool to develop/establish customized filters that allow them to identify real-time tweets relevant to the FBI's investigative programs.

The Contractor shall provide technical support to include remote (online) training and onboarding of new accounts, along with the collection of program metrics to determine the success of the contract.

In the event the application stops working, Quoter shall provide immediate technical support to allow the FBI to resume use of the tool.

Quoter shall assist the FBI, upon the FBI's request, in creating customized filters, topics, and search criteria as required by the FBI to meet mission needs.

**5.0 OTHER DIRECT COSTS (ODC)**

N/A

**6.0 PERIOD OF PERFORMANCE (REF:  SECTION 11)**

| PERIOD OF PERFORMANCE | DATES |
|---|---|
| BASE PERIOD | 12/1/2016-11/30/2017 |
| OPTION YEAR ONE | 12/1/2017-11/30/2018 |
| OPTION YEAR TWO | 12/1/2018-11/30/20196 |

**7.0 PLACE OF PERFORMANCE**

| Place of Performance | Date |
|---|---|
| FBI employees will access the tool via the FBI's UNET.  The contractor will only provide telephonic and online Support. | November 23, 2016 |

**8.0 CONTRACTOR ACCESS TO GOVERNMENT FACILITIES**

| | |
|---|---|
| **No access to government facilities** | No access to Government facilities required. |
| **Occasional access to the following Government facilities (only for meetings – will require a Visit** | J Edgar Hoover Building Room 4330 LX-1, CT Watch |

| | |
|---|---|
| **Access Request)** | |
| **Daily access to the following Government facilities** | *N/A* |

## 9.0 SECURITY

The services being requested by this SOW do not require any employee of Quoter to access any FBI systems. FBI employees will log into a website via the UNET. The FBI employee can receive training and troubleshoot via telephone or online instructing. Help desk functions will occur in Quoter-controlled spaces outside of FBI offices.

The Chief Security Officer (CSO) for this SOW is Rhonda Tucker, FBIHQ Room 4259, 202-324-7311, rhonda.tucker@ic.fbi.gov.

1. <u>Limited Access</u> – The FBI's requirements to limit access to only those who have a need-to-know. Any/all access to FBI facilities and material will be strictly limited and controlled.

2. <u>Clearance Level</u> – Performance on this will not require any access to any classified material or FBI IT systems.

3. <u>Contractor Personnel</u> – There will be no contractor personnel on site for this contract. None of the work to be undertaken by this task is sensitive/classified.

4. <u>Distribution</u> – Distribution of all documents and other data generated under this TO is restricted to specifically authorized Government and contractor personnel. Any other distribution requires advance approval by the Task Lead and division Security Office personnel.

| Unique Security Requirements |
|---|
| • This contract will rely on the use of the internet via UNet to access the services provided by Quoter and as such will not need to have contractors permanently assigned to any building of the FBI. Meetings/training provided for this will be conducted in an unclassified enclave. |
| • If the Quoter service is compromised, the FBI will immediately be notified of the event and the extent of data loss, to include usernames, passwords, and any personally identifiable information |

## 10.0   DELIVERABLES

The only deliverables are 200-plus licenses for the FBI's use of the Advance Alerting Tool in the unclassified network enclave.

Deliverable Schedule

| Deliverable Description | Quantity/Media | Date | Where/To Whom |
|---|---|---|---|
| Account Access | Account Distribution | On Demand | JEH – Task Lead |

**11.0 SPECIAL INSTRUCTIONS**

The Quoter is requested to provide pricing for the following tiered pricing:

| Base Year | Option Year 1 | Option Year 2 |
|---|---|---|
| **200 licenses**<br>**201 – 500 licenses**<br>**501 – 1000 licenses**<br>**1001 – 2000 licenses**<br>**2001 – 10000 licenses**<br>**Unlimited Enterprise License (12month)** | **200 licenses**<br>**201 – 500 licenses**<br>**501 – 1000 licenses**<br>**1001 – 2000 licenses**<br>**2001 – 10000 licenses**<br>**Unlimited Enterprise License (12month)** | **200 licenses**<br>**201 – 500 licenses**<br>**501 – 1000 licenses**<br>**1001 – 2000 licenses**<br>**2001 – 10000 licenses**<br>**Unlimited Enterprise License (12month)** |

The Quoter is encouraged to provide additional license agreement strategies other than listed above. The Government will evaluate to determine which proposed strategy is the best interest for the Government.

All pricing shall be in U.S. Currency and shall be rounded to the two places after decimal.

**12.0 SPECIALTY CLAUSES AND PROVISIONS**

Per FAR 52.301 Solicitation Provisions and Contract Clauses, all clauses required for firm fixed price supplies are incorporated by reference in their full text for this contract.

Any contract award is contingent upon Government availability of funding.

The following clauses/provisions are incorporated by reference in their full text:
1. FAR 52.212-1, *Instructions to Offerors/Quoters – Commercial Items.*
2. FAR 52.212-3, *Offeror/Quoters Representation & Certifications – Commercial Items.*
3. FAR 52.212-4, *Contract Terms and Conditions – Commercial Items.*
4. FAR 52.212-5, *Contract Terms and Conditions Required to Implement Statutes or Executive Orders*

**13.0 BASIS FOR AWARD**

The Government will evaluate all non-price Factors based on if the proposal is technically acceptable and determine if the price is fair and reasonable. The following definition scheme will be used and illustrates to what degree the Quoter's proposal meets the evaluation standards

**Technically Acceptable**:  The Offeror has demonstrated to an acceptable level that they can meet the requirements as noted in Section 4.0, has a clear understanding of the Government requirements as outlined in the RFP.

**14.0 EVALUATION FACTORS**

**1. Technical Services -** This Factor assesses the Quoter's ability to provide effective technical services throughout the period of performance. Quoter must demonstrate that they have a clear understanding of the Government requirements as outlined in the RFQ.

**2. Price:**  The Government will evaluate the Quoter's total proposed price of the base year period of performance.  The Price Evaluation will also include a fair and reasonable determination.

**15.0 INSTRUCTIONS TO QUOTER**

  a) All communications prior to award shall only be directed in writing to the CO, Thomas W. Teets at Thomas.teets@ic.fbi.gov. No phone calls will be entertained.

  b) Proposal is due to the Government by **Wednesday, 11/23/2016 by 12pm EST.**  Proposal shall be sent via email at address listed above.

  c) The proposal shall be clear, concise, and shall include sufficient detail for effective evaluation and for substantiating the validity of stated claims. The proposal should not simply rephrase or restate the Government's requirements but rather shall provide convincing rationale to address how the Contractor intends to meet these requirements.

  d) Proposal shall contain a clear statement that the quotation is valid for 60 days.

  e) The Price Data spreadsheets shall be in Microsoft Excel™ version 2007 or later and shall include all formulas.  No spreadsheet to be submitted shall contain a macro.  **No Price Data shall be contained in any volume other than the Price Volume.**

  f) The Contractor shall state in **all** volumes any and all assumptions, deviations, and exceptions (ADEs) taken to the terms and conditions of the RFQ.  Assumptions, deviations, and exceptions to the terms and conditions taken shall contain sufficient

    justification to permit evaluation.  Posing ADEs will not automatically cause a Contractor to be deemed unacceptable.  A large number or significant ADE's not providing benefit to the Government may result in rejection of the Contractor as unacceptable.

g) The Contractor shall provide all volumes to the CO at the address listed above.  All volumes submitted by the Contractor will require the following format requirements:

- The Contractor shall use Microsoft Word™ version 2007 or later or Adobe Acrobat™ Portable Data Format (PDF) version 8 or later in a searchable, unlocked format.
- No file shall be password protected.
- Files shall be labeled to indicate the volume title.
- All excel spreadsheet shall have all formulas present

h) The Government identifies and sets page limits for each section Contractors are required to submit.  The page limits are maximums, not recommended lengths.  If page limitations are exceeded, the excess pages will not be read or considered in the evaluation of the quote and excess paper copies will be returned to the Contractor as soon as practicable.  Contractors are strongly encouraged to keep their responses focused and brief.  Information outside what is required by the RFQ is not encouraged.  Please see chart below:

| **Volume** | **Volume Name** | **Page Limits** |
|---|---|---|
| A | Technical | 15 |
| B | Price | No Limit |