# Exhibit G

| | |
|---|---|
| From: | (b)(6);(b)(7)(C) |
| Sent: | 2 Jan 2018 10:33:01 -0500 |
| To: | (b)(6);(b)(7)(C) |
| Subject: | |

- The Visa Security Coordination Center (VSCC) participates in the "DHS Social Media Working Group", which is an inter-agency initiative aimed at the coordination of DHS social media screening efforts pertaining to three (3) shared areas of interest: Shared Metrics, Best Practices and Common Talking Points. This working group meets once per month and is led by the DHS Office of Policy. Participants include Customs and Border Protection (CBP), Immigration and Customs Enforcement (ICE), Transportation Security Administration (TSA), U.S. Citizenship and Immigration Services (USCIS), and the Office of Science and Technology (S&T).

    **Background:** DHS has been at the forefront among Federal agencies in developing the capability to incorporate social media data in its screening and vetting processes. CBP, ICE, TSA and USCIS have been developing, testing, and operationalizing the use of social media in various pilots and programs. The Office of Science and Technology (S&T) has been developing tools and processes towards realizing DHS's long term objective of deploying screening capabilities related to social media. Through this work, DHS has advanced its understanding of the challenges in screening non-government maintained databases, including the dynamic nature and magnitude of social media information.

- The Visa Security Coordination Center (VSCC) participates in the Visa Lifecycle Vetting Initiative " which is an HSI/NSID led effort. This working group meets once per week. NSID, with other DHS stakeholders, performs the majority of visa vetting activities within DHS. In an effort to transform its current vetting programs, NSID has initiated the process to obtain contractor services to establish an overarching vetting contract that will assist with streamlining and centralizing the current manual vetting process.

    **Background:** U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), National Security Investigations Division's (NSID) is responsible for two facets of screening and vetting for nonimmigrants. The Visa Security Program (VSP) operations are supported through the Pre-Adjudication Threat Recognition Intelligence Operations Team (PATRIOT) for the screening and vetting of visa applicants. The Counterterrorism and Criminal Exploitation Unit (CTCEU) combats national security vulnerabilities and prevents terrorists and other criminals from exploiting the nation's immigration system.

(b)(6);(b)(7)(C)   Program Manager/Special Agent

Homeland Security Investigations
Visa Security Coordination Center
National Security Investigations Division
Desk: (703) 287-(b)(6); Mobile: (720) 255-(b)(6);(b)(7)(C)
(b)(6);(b)(7)(C)

**CONFIDENTIALITY NOTICE:** This email and any attachments are UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this email should be furnished to the media, either in written or verbal form. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message from your system.