# Exhibit H

(b)(7)(c)

**From:**      Palmer, David
**Sent:**      Thursday, December 17, 2015 10:15 AM
**To:**        sacco, Michael; Puchalsky, Brian; Dermody, John; Hinds, Ian G; Doolin, Joel; Gentry, Anthony E; Cox, John; Tonelli, Michelle P; Seguin, Debbie
**Cc:**        Maher, Joseph; Meyer, Jonathan; Mathias, Susan
**Subject:**   FW: Social Media Task Force

**Importance:**      High

Colleagues:

As Joe Maher advised in the email below, the Department has convened a Social Media Vetting Task Force, chaired by Undersecretary Taylor, to examine the Department's current and future use of social media in the DHS vetting process for operational and intelligence purposes.  We will be faced with several tasks in connection with this task, many if not all of which will require detailed knowledge about how our operational clients use social media in their vetting processes.   You have been named as your Office's POC on this matter.

We have an immediate assignment that requires your input.  Undersecretary Taylor has asked that we conduct a review of all legal authorities for operational and intelligence social media use across DHS and within each component.   Much of this information should already exist, particularly if your client has filed a DHS Operational Use of Social Media Form with the Privacy Office.  We kindly need your response to this no later than **Noon on Monday, December 21**.  There is unfortunately no flexibility in that deadline.

Please note that this assignment will likely require that you contact your operational components and those colleagues in your offices who represent those components to identify their specific statutory and regulatory authorities to carry out their mission.  Please note that this is NOT a Privacy Act analysis, but rather a discussion of our clients' authorities to carry out their missions and how their using social media falls within those authorities.

Please direct any questions to me                    or to Susan Mathia                    We look forward to working with all of you.

(b)(6)

Best regards,

David

David J. Palmer
Associate General Counsel
Legal Counsel Division
Office of the General Counsel
Department of Homeland Security