# Exhibit L

Homeland Security Investigations
National Security Investigations Division
*Assistant Director*



**U.S. Immigration and Customs Enforcement**

## **Shared Services for Vetting Board Recommendation**

National Security Investigations Division Social Media Programs

In September 2014, the HSI National Security Investigations Division (NSID), through the Counterterrorism and Criminal Exploitation Unit (CTCEU), established the Open Source Team (OST) as the first Program within ICE to leverage open source/social media exploitation to expand upon the CTCEU's established abilities to utilize government and law enforcement databases in the investigation of national security and public safety concerns that exploit vulnerabilities in the U.S. immigration system.

In an effort to enhance HSI's initiative on safeguarding against terrorism and ensuring the security of the Homeland, CTCEU coordinated its Open Source/Social Media Exploitation capabilities with the NSID Visa Security Program's (VSP) PATRIOT screening and vetting operations and social media exploitation to develop and implement a Social Media pilot program in furtherance of an the Overstay Life-Cycle Initiative. The premise of this initiative is to track non-immigrants from the time they file a visa application with the Department of State, to the time they enter the United States, and through the time when they either depart the United States, or until such time as they become an overstay or otherwise fail to comply with their terms of admission. The Social Media pilot program was initiated on August 1, 2016 for NSID VSP.

Recommendation

(b)(5)

1