# Exhibit M

Homeland Security Investigations
National Security Investigations Division
*Assistant Director*



# Extreme Vetting-Visa Security Program-PATRIOT

**Overview**

The ICE Visa Security Program (VSP) is authorized by Section 428 of the Homeland Security Act of 2002 and implemented by a 2003 Memorandum of Understanding between the Secretaries of State and Homeland Security. International Operations for the VSP assigns Special Agents to diplomatic posts worldwide to conduct law enforcement and visa security activities and to provide training and law enforcement expertise to Department of State (DOS) Consular Affairs (CA) offices regarding threats, trends and other topics affecting the visa adjudication process. VSP operations are currently conducted at 30 visa-issuing posts in 25 countries. Homeland Security Investigations VSP operations are supported through the Pre-Adjudication Threat Recognition and Intelligence Operations Team (PATRIOT), with domestic screening and vetting operations conducted within the National Capital Region. PATRIOT identifies national security, public safety, fraud, immigration, and other visa eligibility concerns at the earliest point of an individual's visa application life-cycle.

ICE/HSI proposes an initiative to meet executive mandates concerning future VSP Extreme Vetting capabilities, a comprehensive operational and programmatic expansion of PATRIOT to all 225 non-immigrant visa issuance posts worldwide:

**Requirements**

- Domestic PATRIOT expansion to accommodate planned visa security program growth to all 225 visa-issuing posts.
- Increased exploitation of information through a vigorous information sharing initiative with interagency and intra-agency stakeholders.
- Comprehensive utilization of innovative big-data programs to enhance current vetting procedures and processes.
- Research and development of web-crawler/social media programs to enhance vetting capabilities
- Develop interagency agreements and policy standards for screening, vetting and information sharing
- Develop international agreements and policy standards for screening, vetting and information sharing

(b)(7)(E)

1

(b)(7)(E)

2

FOR OFFICIAL USE ONLY

The Visa Lifecycle Pilot Program, part of NSID's social media expansion, continuously vets individuals who have been approved for a non-immigrant visa from select DOS visa issuing posts. Working in coordination with HSI's VSP, the Counterterrorism and Criminal Exploitation Unit (CTCEU) will receive information from VSP on these visa applicants pulled from PATRIOT and the DOS Consular Consolidated Database (CCD). The CTCEU will ingest this data into LeadTrac and continuously monitor these non-immigrant visa holders through the use of an automated social media vetting platform and high-side vetting throughout the lifecycle of the visa's validity.

If the CTCEU uncovers derogatory information about a visa applicant, CTCEU analysts will manually work-up the lead. If it is determined that the individual has not yet entered the United States, the CTCEU will place a subject record in TECS/ICM to identify the individual for other government partners such as CBP, watchlist the individual if appropriate, notify the appropriate ICE Attaché Office, and notify DOS of the derogatory information so that DOS may revoke the visa if deemed appropriate. If the individual has entered the United States, CTCEU analysts will initiate a collateral investigative request which will be forwarded to the appropriate HSI field office for further investigation. The investigation at the field level will be coordinated through the Joint Terrorism Task Force (JTTF).