# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** October 23, 2019     **Time:** 10:36-11:14 =     **Judge:** EDWARD M. CHEN
38 Minutes

**Case No.**: 19-cv-00290-EMC     **Case Name:** American Civil Liberties Union Foundation v. Department of Justice

**Attorney for Plaintiff:** Matthew Cagle, Hugh Handeyside
**Attorney for Defendant:** Elizabeth Tulis

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Ruth Ekhaus

## PROCEEDINGS

[31] Motion for Partial Summary Judgment - held.

## SUMMARY

Parties stated appearances and proffered argument.

Court takes motion under submission.