# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** January 16, 2020     **Time:** 10:34-11:00 = 26 Minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-00290-EMC     **Case Name:** American Civil Liberties Union Foundation v. Department of Justice

**Attorney for Plaintiff:** Matt Cagle
**Attorney for Defendant:** Elizabeth Tulis

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Not Reported

## PROCEEDINGS

Stats Conference - held.

## SUMMARY

Plaintiff stated production of FOIA request continues to be delayed. Government stated all agencies are proceeding expeditiously. Parties have agreed in scope of searches.

Court REFERRED matter to randomly assigned MJ to determine appropriate deadlines for processing and producing FOIA documents. Court will retain jurisdiction over merits of FOIA issues, including application of exemptions, if any.

**CASE CONTINUED TO: April 16, 2020 at 10:30 A.M. for Status Conference. Joint Status Report due April 9, 2020.**