**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

**Date:** April 16, 2020          **Time:** 10:46-11:06=          **Judge:** EDWARD M. CHEN

20 Minutes

**Case No.:** 19-cv-00290-EMC          **Case Name:**  American Civil Liberties Union Foundation v. Department of Justice

**Attorney for Plaintiff:** Hugh Handiside

**Attorney for Defendant:** Elizabeth Tulis

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Katherine Sullivan

**PROCEEDINGS**

Telephonic Status Conference - held

**SUMMARY**

Parties have appeared before Magistrate Judge Illman on April 14.  He directed the parties to report back on resolving document review delays particularly with respect to DHS and OIP.  Parties are scheduled to report back to him by 5/5/2020 and the Court will discuss the possibility of setting specific benchmarks for completion of review.

Government stated that some agencies  - FBI and State Department - were scheduled to complete production by end of this calendar year, but the COVID crisis may alter schedule.

USCIS, ICE and USCBP have completed their searches.  Plaintiff raised the possibility of moving towards adjudication of disputed redactions, starting with production of Vaugh indexes and search declarations, leading to partial summary adjudication.  Plaintiff noted that it appears that 50% of the 7000 documents identified have been redacted.  Government is opposed and prefers waiting until a singular motion can be brought as to all agencies because of potential overlapping documents and issues.  Court stated concern that this could delay any adjudication for more than a year, and ordered the parties to meet and confer to establish a proposed timeline to start adjudication process as to those agencies which have completed their search.

CASE CONTINUED TO: **June 18, 2020, at  10:30 A.M., for Further Status Conference.**
Parties shall file a joint CMC statement at least seven days prior to the next hearing.