UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC <br><br> **JOINT STATUS REPORT** |

    The parties jointly submit this status report pursuant to the Court's order issued during the telephone status conference held on April 16, 2020 (ECF No. 52). The Court has requested that the parties submit a proposed timeline for partial summary judgment briefing with respect to withholdings by three Department of Homeland Security ("DHS") components—U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, and U.S. Citizenship and Immigration Services—that have completed their productions in response to Plaintiffs' FOIA request.

    Since the April 16, 2020, status conference, the parties have met and conferred to discuss ways to reduce the number of issues for adjudication by the Court. The parties are currently attempting to reach agreement on a plan for the

three DHS components at issue to provide Plaintiffs with additional information regarding the categories of information withheld by Defendants to allow the parties to try to come to agreement on a list of disputed withholdings. The parties will try to reach agreement on such a plan as soon as possible so that they can identify a feasible date to commence summary judgment briefing and propose a schedule for the parties' anticipated cross-motions. The parties hope to be able to conclude these negotiations over the next week, and will report back to the Court at the status conference to be held on June 18, 2020.

Respectfully submitted,

DATED: June 11, 2020

/s/
Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org

Matthew Cagle
American Civil Liberties Union Foundation
   of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

*Attorneys for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

/s/
ELIZABETH TULIS (NY Bar)
Trial Attorney
U.S. Department of Justice,

2

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:  (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*