**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** June 18, 2020         **Time:** 11:03-11:21=         **Judge:** EDWARD M. CHEN
                                        18 Minutes

**Case No.**: 19-cv-00290-EMC    **Case Name:**  American Civil Liberties Union Foundation v.
                                   Department of Justice

**Attorneys for Plaintiff:** Hugh Handeyside, Matt Cagle
**Attorney for Defendant:** Elizabeth Tulis

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Ana Dub

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Status Conference held.

**SUMMARY**

Parties reported conferring and close to agreement regarding production of draft *Vaughn* indexes;
timing to be resolved by the parties.

Defendant reported the USCIS is potentially facing a funding crisis which could affect production.

State Department entered Phase 1 of reopening process.  Details still pending.  Continuing to
confer.  Court directed defendant to make further inquiry regarding priorities and process and to
remind State Department of the pendency of this case.

DHS Privacy Office – technical issues.  Defense counsel stated they are trying to create more
narrowly tailored search.  Defense counsel to facilitate communications directly with technical
DHS division to facilitate response.

Court set Further Status Conference for 9/17/2020 at 10:30 a.m.  Joint Status Report due
9/10/2020.  Court also requested proposed briefing schedule for Motion for Summary Judgment.
Proposed briefing schedule due 8/31/2020.