JOSEPH H. HUNT
   Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
   Deputy Branch Director

ELIZABETH TULIS (NY Bar)
   Trial Attorney
   U.S. Department of Justice
   Civil Division, Federal Programs Branch
   1100 L Street, NW
   Washington, D.C.  20005
   Telephone: (202) 514-9237
   Facsimile: (202) 616-8460
   E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF STATE,<br><br>    Defendants. | No. 19-cv-290-EMC<br><br>JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT |

Pursuant to Civil Local Rules 6-3 and 7-11, the parties, by undersigned counsel, hereby file this joint motion to extend the deadline for the parties to file the joint status report due on July 6, 2020.

1  On June 10, 2020, Judge Illman directed the parties to file a further joint
2  status report by July 6, 2020. The parties have continued to confer
3  regarding the case, and are attempting to finalize preparation of their joint status
4  report. However, all of the undersigned counsel are currently out of the office
5  and/or on leave, and it therefore will not be feasible for the parties to file their joint
6  status report by Monday, July 6. The parties therefore respectfully request a one-
7  week extension, from July 6 to July 13, 2020, to submit their joint status report.

        Respectfully submitted,

DATED: July 2, 2020

/s/
Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org

Matthew Cagle
American Civil Liberties Union Foundation
   of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

*Attorneys for Plaintiffs*


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

/s/
ELIZABETH TULIS (NY Bar)
Trial Attorney

2

JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT –
No. 19-cv-290-EMC

[Stamp: GRANTED /s/ Judge Robert M. Illman — United States District Court, Northern District of California]

U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*