UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC <br><br> **JOINT STATUS REPORT** |

The parties jointly submit this status report pursuant to Judge Illman's orders dated June 10, 2020, and July 13, 2020 (ECF Nos. 56, 63), addressing the status of searches and processing of records by the Department of Justice's Office of Information Policy ("OIP"), the Federal Bureau of Investigation ("FBI"), the State Department ("State"), the Department of Homeland Security's Office of Intelligence & Analysis ("I&A") and the DHS Privacy Office ("DHS").

**Defendants' Report**

  I.  OIP

OIP is continuing to process responsive records located in its search and is making monthly rolling releases of non-exempt records. OIP issued its most recent interim response on July 13, 2020, and continues to anticipate that it will make its

final release of documents on or about September 12, 2020.

## II. FBI

The FBI has continued to be able to process FOIA requests on a limited basis. In this case, the FBI processed 364 pages for June and released 32 pages on June 30, 2020. Approximately 4,017 pages remain to be processed. For this month (July), the FBI will be returning to processing 500 pages a month.

## III. State Department

The State Department remains in phase one of the resumption of normal operations, which means that the FOIA office is practicing maximum telework. A very limited number of FOIA personnel are coming into the office (most, if not all, on a part-time basis), and they are working first and foremost on the cases to which they are assigned. To the extent these personnel have surplus capacity, they have been instructed to prioritize two categories of cases: (1) cases for which the processing of both unclassified and classified documents is nearly complete, and (2) cases involving requests for which the Department granted expedited processing.

The personnel assigned to this case are not among those who have returned to the office, and this case does not fall into either of the two prioritization categories. Accordingly, the State Department is not currently in a position to resume processing of documents in this case. State is currently evaluating trends to determine its readiness to move to phase two of the resumption of normal operations.

## IV. DHS Privacy Office ("DHS")

The parties have continued to confer in an attempt to reach an agreement regarding the scope of DHS's searches. On June 26, 2020, the parties and their counsel participated in a conference call to discuss technological limitations that have constrained DHS's ability to conduct broad electronic searches in response to Plaintiffs' FOIA request. Following that discussion, Plaintiffs shared a four-part

proposal with Defendants' counsel on June 29, 2020 regarding the parameters of DHS's search. DHS raised concerns regarding one portion of that proposal, and the parties are continuing to attempt to reach an agreement.

V.   DHS I&A

Consistent with the agreed-upon production schedule, I&A has continued to process at least 500 pages of potentially responsive records per month. I&A made its most recent production on June 30 and is on track to continue processing at least 500 pages per month going forward.

**Plaintiffs' Report**

Plaintiffs are increasingly concerned that the State Department has not taken adequate steps to meet its obligations under FOIA, notwithstanding the constraints associated with the COVID-19 pandemic. While other agencies have implemented contingency plans that enable continued FOIA processing on at least a limited basis, it appears that the State Department has made little progress since the parties' last joint status report on June 5, 2020 (*see* ECF No. 55). Nor has the State Department provided Plaintiffs with any anticipated schedule for resumed processing in this case. The State Department should, consistent with FOIA and in line with other federal agencies, adopt and communicate to Plaintiffs a plan for continued processing of records responsive to Plaintiffs' request within a reasonable timeframe.

**Next Steps**

The parties propose filing a further joint status report in 30 days.

Respectfully submitted,

DATED: July 17, 2020

*/s/*
Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Telephone: 212-549-2500
hhandeyside@aclu.org

Matthew Cagle
American Civil Liberties Union Foundation
   of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

*Attorneys for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

*/s/*
ELIZABETH TULIS (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:  (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*