UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC |

**STIPULATION TO CONTINUE STATUS CONFERENCE**

Due to a scheduling conflict faced by Defendants' counsel, the parties hereby stipulate that the status conference currently scheduled for September 2, 2020, be continued to September 8, 2020, or another date convenient to the Court.

Respectfully submitted,

DATED: August 27, 2020

*/s/*
Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org

Matthew Cagle

American Civil Liberties Union Foundation
of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

*Attorneys for Plaintiffs*


ETHAN P. DAVIS
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

*/s/*
ELIZABETH TULIS (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:  (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

# ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

/s Elizabeth Tulis
ELIZABETH TULIS

# [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, the Court hereby orders:

The telephonic conference scheduled to be held on September 2, 2020, is continued to September 8, 2020.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2020

_____
Hon. Robert M. Illman
United States Magistrate Judge