UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 19-CV-00290-EMC<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's June 18, 2020 order (ECF No. 59), the parties respectfully propose the following briefing schedule for cross-motions for summary judgment regarding Plaintiffs' FOIA requests to U.S. Citizenship and Immigration Services, U.S. Immigration and Customs Enforcement, and U.S. Customs and Border Protection:

1. Defendants' opening brief shall be filed no later than November 9, 2020.

2. Plaintiffs' cross-motion and opposition shall be filed no later than December 4, 2020.

3. Defendants' reply and opposition shall be filed no later than January 6, 2021.

4. Plaintiffs' reply shall be filed no later than January 20, 2021.

The parties further request a hearing on the cross-motions for summary judgment at a time to be determined by the Court.

                                              Respectfully submitted,

DATED: August 31, 2020

/s/
Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org

Matthew Cagle
American Civil Liberties Union Foundation
   of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

*Attorneys for Plaintiffs*

ETHAN P. DAVIS
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

/s/
ELIZABETH TULIS (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

**THE FOLLOWING BRIEFING SCHEDULE IS ADOPTED:**

1. For the parties' forthcoming cross-motions for summary judgment regarding Plaintiffs' FOIA requests to U.S. Citizenship and Immigration Services, U.S. Immigration and Customs Enforcement, and U.S. Customs and Border Protection:

   a. Defendants' opening brief shall be filed no later than November 9, 2020.

   b. Plaintiffs' cross-motion and opposition shall be filed no later than December 4, 2020.

   c. Defendants' reply and opposition shall be filed no later than January 6, 2021.

   d. Plaintiffs' reply shall be filed no later than January 20, 2021.

   e. The hearing on these motions shall be held on  February 4, 2021 at 1:30PM

_____
Hon. Edward M. Chen
United States District Judge

 September 2, 2020
Date