UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>        *Defendants*. | Case No. 19-CV-00290-EMC<br><br>**JOINT STATUS REPORT** |

The parties jointly submit this status report pursuant to the Court's June 18, 2020 order (ECF No. 59).

*Defendants That Have Completed Document Productions*

Consistent with the June 18 order, the parties conferred regarding the production of draft *Vaughn* indices by Defendants U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), and U.S. Citizenship and Immigration Services (USCIS). Following that conferral process, CBP and ICE provided Plaintiffs with partial draft *Vaughn* indices, and USCIS provided Plaintiffs with a "Sample Redaction Index," on August 20, 2020. USCIS has also determined that it will reprocess some of the records previously produced

1

to Plaintiffs and aims to complete the reprocessing, and provide the reprocessed records to Plaintiffs, by September 30, 2020.

The parties proposed, and the Court has entered, a schedule for partial summary judgment briefing regarding the redactions and withholdings by CBP, ICE, and USCIS (ECF No. 72). Prior to the start of that briefing, the parties intend to confer in an attempt to narrow the redactions and withholdings in dispute.

*Remaining Defendants*

The status of the remaining Defendants' processing of Plaintiffs' FOIA request and production of responsive records is set forth in the parties' joint status reports of August 24, 2020 (ECF No. 67) and July 23, 2020 (ECF No. 65). During a telephonic hearing on September 8, 2020, Judge Illman addressed disputes raised in those status reports regarding the processing of the request by the State Department and the Department of Homeland Security's Privacy Office. Judge Illman directed the Plaintiffs to prepare a proposed order, noting any objections from Defendants, to be filed by September 14, 2020 for Judge Illman's review.

Respectfully submitted,

DATED: September 10, 2020

*/s/Hugh Handeyside*
Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org

Matthew Cagle
American Civil Liberties Union Foundation
  of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493

2

mcagle@aclunc.org

*Attorneys for Plaintiffs*


JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

*/s/Elizabeth Tulis*
ELIZABETH TULIS (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone: (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

JOINT STATUS REPORT
CASE NO. 19-CV-00290-EMC