Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org

Matthew Cagle
American Civil Liberties Union Foundation of
    Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>DEPARTMENT OF JUSTICE, *et al.*, <br><br>*Defendants*. | Case No. 19-CV-00290-EMC <br><br>**[PROPOSED] ORDER** |

1

## [PROPOSED] ORDER

This matter comes before the Court on referral by Judge Edward M. Chen regarding the delayed review, processing, and production of documents by the Defendant federal agencies in response to Plaintiffs' FOIA request (the "Request") (ECF No. 52). It is hereby ORDERED that:

(1) By September 21, 2020, Defendant Department of Homeland Security ("DHS") Privacy Office shall respond to Plaintiffs' proposal dated June 29, 2020 regarding the parameters of Defendant's search, to which Defendant has agreed in principle except as to parameters for a search related to Part 1 of the Request;

(2) Defendant DHS Privacy Office shall subsequently meet and confer with Plaintiffs as necessary and commence the search, processing, and production of records responsive to the Request by October 2, 2020;

(3) Defendant Department of State shall adopt and communicate to Plaintiffs by October 9, 2020 a written plan for resuming the processing and production of records responsive to the Request in this case within a reasonable timeframe; and

(4) The parties shall submit a status report within 30 days of this order.

IT IS SO ORDERED.

Date:_____

_____
Judge Robert M. Illman