# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 17, 2020    **Time:** 10:54-11:04= 10 Minutes    **Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-00290-EMC    **Case Name:** American Civil Liberties Union Foundation v. Department of Justice

**Attorney for Plaintiff:** Hugh Handeyside
**Attorney for Defendant:** Elizabeth Tulis

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Ana Dub

## PROCEEDINGS HELD BY ZOOM WEBINAR

Further Case Management Conference held.

## SUMMARY

Parties advised the Court of current status. Process in place with respect to CBP, ICE, and USCIS and in discussions with Magistrate Judge Illman with respect to the remaining issues.

Case is proceeding as planned. Parties reported no issues requiring the Court's immediate attention.

Further Status Conference is set alongside cross-motions for summary judgment scheduled for February 4, 2021 at 1:30 PM.