JEFFREY BOSSERT CLARK
   Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
   Deputy Branch Director

ELIZABETH TULIS (NY Bar)
   Trial Attorney
   U.S. Department of Justice
   Civil Division, Federal Programs Branch
   1100 L Street, NW
   Washington, D.C.  20005
   Telephone: (202) 514-9237
   Facsimile: (202) 616-8460
   E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF STATE,<br><br>    Defendants. | No. 19-cv-290-EMC<br><br>CONSENT MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

Pursuant to Civil Local Rules 6-3 and 7-11, Defendant Department of Homeland Security ("Defendant"), by undersigned counsel, with the consent of Plaintiffs, moves for an extension of time, from November 4, 2020, to December 10, 2020, for Defendant to file a motion for summary judgment with respect to the

FOIA requests submitted to U.S. Immigration & Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP") and U.S. Citizen and Immigration Services ("USCIS"), and for corresponding extensions of the remaining summary judgment briefing deadlines.

On August 20, 2020, Defendant provided Plaintiffs' counsel with draft Vaughn information regarding the redactions and withholdings by ICE, CBP, and USCIS, with the aim of allowing the parties to negotiate a narrowing of the issues in dispute prior to summary judgment briefing. Defendant also provided Plaintiffs with a set of reprocessed documents from CBP, which lifted many of CBP's original redactions. Defendant subsequently also provided Plaintiffs with reprocessed documents from USCIS. On August 31, the parties submitted a proposed summary judgment briefing schedule, which the Court so-ordered. (ECF No. 72).

On October 9, 2020, Plaintiffs responded to the information provided by USCIS, identifying one category of redactions that they did not plan to dispute and noting areas for further discussion and negotiation. On October 20, 2020, Plaintiffs responded to the information provided by CBP, identifying specific redactions that they did not plan to dispute and posing questions for further discussion. Plaintiffs have not yet responded to the draft Vaughn information provided by ICE.

Pursuant to the current briefing schedule, Defendant's opening brief is due November 4, 2020. (ECF No. 72). However, because Defendant only recently received Plaintiffs' initial responses to the draft Vaughn information provided in August, and because the parties' discussions and negotiations remain ongoing, it is not feasible for Defendant to file its summary judgment motion by the current deadline.

Accordingly, Defendant respectfully requests that the summary judgment briefing schedule be revised as follows:

December 10, 2020: Defendant's motion for summary judgment.

January 22, 2021: Plaintiffs' opposition and cross-motion.

February 22, 2021: Defendant's reply and opposition to cross-motion.

March 8, 2021: Plaintiffs' reply.

March 22, 2021: Hearing on parties' cross-motions.

This is Defendant's first request for an extension of the briefing schedule for the cross-motions for summary judgment with respect to ICE, CBP, and USCIS. Plaintiffs consent to this request, and to the proposed briefing schedule above.

Respectfully submitted,

Dated: October 30, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

*/s/*
ELIZABETH TULIS (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:  (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*