|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, | Case No. 19-CV-00290-EMC |
|---|---|
| *Plaintiffs*, | |
| v. | |
| DEPARTMENT OF JUSTICE, *et al.*, | |
| *Defendants*. | |

## [~~PROPOSED~~] ORDER

Upon the consent motion filed by defendant Department of Homeland Security, and good cause appearing, the Court hereby orders that the briefing schedule for the parties' cross-motions for summary judgment with respect to the FOIA requests submitted to ICE, CBP, and USCIS is revised as follows:

December 10, 2020: Defendant's motion for summary judgment.

January 22, 2021: Plaintiffs' opposition and cross-motion.

February 22, 2021: Defendant's reply and opposition to cross-motion.

March 8, 2021: Plaintiffs' reply.

March 22, 2021: Hearing on parties' cross-motions.

1  IT IS SO ORDERED.

3  Dated: <u>November 4   </u>, 2020

   _____
   Hon. Edward M. Chen
   United States District Judge