UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC |

**[PROP~~OSED]~~ ~~ORDER~~ AS MODIFIED**

Upon the consent motion filed by defendant Department of Homeland Security, and good cause appearing, the Court hereby orders that the briefing schedule for the parties' cross-motions for summary judgment with respect to the FOIA requests submitted to ICE, CBP, and USCIS is revised as follows:

December 10, 2020: Defendant's motion for summary judgment.

January 22, 2021: Plaintiffs' opposition and cross-motion.

February 22, 2021: Defendant's reply and opposition to cross-motion.

March 8, 2021: Plaintiffs' reply.

~~March 22, 2021~~: Hearing on parties' cross-motions.
 March 25, 2021

IT IS SO ORDERED.

Dated: <u>November 4</u>, 2020

_____
Hon. Edward M. Chen
United States District Judge