1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

9
10
11
12
13
14
15
16

| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, | Case No. 19-CV-00290-EMC |
|---|---|
| *Plaintiffs*, | |
| v. | |
| DEPARTMENT OF JUSTICE, *et al.*, | |
| *Defendants*. | |

17
18
19
20
21
22

## [PROPOSED] ORDER

Upon the joint motion for extension of time filed by the parties, and good cause appearing, the Court hereby orders that the deadline for the parties to file their next joint status report is extended to November 18, 2020.

IT IS SO ORDERED.

23
24

Dated: _____, 2020

25
26

_____
Hon. Robert M. Illman
United States District Judge

27
28