UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 19-CV-00290-EMC |

**[PROPOSED] ORDER**

Upon the joint motion for extension of time filed by the parties, and good cause appearing, the Court hereby orders that the deadline for the parties to file their next joint status report is extended to November 18, 2020.

IT IS SO ORDERED.

Dated: November 17, 2020

_____
Hon. Robert M. Illman
United States District Judge