1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION, *et al.*,

      *Plaintiffs*,

    v.

DEPARTMENT OF JUSTICE, *et al.*,

      *Defendants*.

Case No. 19-CV-00290-EMC

**JOINT STATUS REPORT**

      Pursuant to the Court's order of October 16, 2020 (ECF No. 81), the parties jointly submit this status report to address the status of searches and processing of records by the Department of Justice's Office of Information Policy ("OIP"), the Federal Bureau of Investigation ("FBI"), the State Department ("State"), the Department of Homeland Security's Office of Intelligence & Analysis ("I&A") and the DHS Privacy Office ("DHS").

**Defendants' Report**

      I.    OIP

      OIP has completed its productions, with the exception of records pending consultation with other Department components and Executive Branch agencies. OIP will be issuing additional responses once these consultations are completed,

1

with the first such additional response anticipated for December 8, 2020.

II.     FBI

The FBI issued its thirteenth release on October 30, 2020.  Approximately 2,058 pages remain to be processed.  The FBI anticipates processing another set of approximately 500 pages and releasing non-exempt information on or about November 30, 2020.

III.    State Department

The State Department is working through the process necessary to transfer the remaining potentially responsive documents in this case from the current document review system ("FREEDOMS2"), which is exclusively available on an on-site, classified network, to its newer document review system ("FOIAXpress"), which is available on an unclassified network and is remotely accessible. As previously reported, the State Department anticipates resuming production in this case by December 30, 2020.

IV.    DHS Privacy Office ("DHS")

Regarding Part 1 of Plaintiff's request, on September 30, 2020, DHS sent the Office of Policy a revised tasking to conduct a targeted search using the keywords/filters suggested by Plaintiff for this search tasking. This search is now complete and has resulted in 659 potentially responsive pages.

Regarding Parts 2, 3, and 5 of Plaintiff's request, DHS tasked the Office of the Chief Information Officer (OCIO) on October 1, 2020.  At this time, DHS is still working on ingesting the files resulting from the OCIO search. Once the ingestion is complete, DHS will be able to provide a page count for this OCIO search as well.  It is not until after DHS has a page count that it will be able to provide a production schedule.

V.     DHS I&A

I&A has steadily continued its monthly processing, processing just over 1000 pages of potentially responsive records last month, the majority of which

2

were unresponsive or were referred to another DHS office or component. I&A is currently processing another set of records for release to Plaintiffs by the end of this month.

**Plaintiffs' Report**

As Plaintiffs set forth in previous joint status reports, DHS has chronically delayed its processing and production of records responsive to Plaintiffs' request. *See* ECF No. 79 at 4; 80 at 3. To date, DHS still has not produced a single page of responsive records. Given the repeated delays and reversals by DHS, Plaintiffs respectfully requested that the Court direct DHS to produce all responsive records by January 15, 2021. *See id.* Plaintiffs renew their request that DHS be required to produce all responsive records by that date or a date certain reasonably soon thereafter, so that Plaintiffs may seek any necessary further relief from the Court as to the adequacy of DHS's search and production. See *Clemente v. FBI*, 71 F. Supp. 3d 262, 269 (D.D.C. 2014) (a court "may use its equitable powers to require the agency to process documents according to a court-imposed timeline")."

**Next Steps**

The parties propose filing a further joint status report in 30 days.

Respectfully submitted,

DATED: November 18, 2020      /s/_____
                              Hugh Handeyside
                              American Civil Liberties Union Foundation
                              125 Broad Street, 18th Floor
                              New York, NY 10004
                              Telephone: 212-549-2500
                              hhandeyside@aclu.org

                              Matthew Cagle
                              American Civil Liberties Union Foundation
                                 of Northern California
                              39 Drumm Street

3

San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

*Attorneys for Plaintiffs*


JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

*/s/*
ELIZABETH TULIS (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:  (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

JOINT STATUS REPORT
CASE NO. 19-CV-00290-EMC