JEFFREY BOSSERT CLARK
   Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
   Deputy Branch Director

ELIZABETH TULIS (NY Bar)
   Trial Attorney
   U.S. Department of Justice
   Civil Division, Federal Programs Branch
   1100 L Street, NW
   Washington, D.C. 20005
   Telephone: (202) 514-9237
   Facsimile: (202) 616-8460
   E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF STATE, <br><br> Defendants. | No. 19-cv-290-EMC <br><br> MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

Pursuant to Civil Local Rules 6-3 and 7-11, Defendant Department of Homeland Security ("Defendant"), by undersigned counsel, moves for an extension of time, from December 10, 2020, to January 11, 2021, for Defendant to file a motion for summary judgment with respect to the FOIA requests submitted

to U.S. Immigration & Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP") and U.S. Citizen and Immigration Services ("USCIS"), and for corresponding extensions of the remaining summary judgment briefing deadlines. Plaintiffs take no position on this request.

On August 20, 2020, Defendant provided Plaintiffs' counsel with draft Vaughn information regarding the redactions and withholdings by ICE, CBP, and USCIS, with the aim of allowing the parties to negotiate a narrowing of the issues in dispute prior to summary judgment briefing. Defendant also provided Plaintiffs with a set of reprocessed documents from CBP, which lifted many of CBP's original redactions. Defendant subsequently also provided Plaintiffs with reprocessed documents from USCIS. On August 31, the parties submitted a proposed summary judgment briefing schedule, which the Court so-ordered. (ECF No. 72).

On October 9, 2020, Plaintiffs responded to the information provided by USCIS, identifying one category of redactions that they did not plan to dispute and noting areas for further discussion and negotiation. On October 20, 2020, Plaintiffs responded to the information provided by CBP, identifying specific redactions that they did not plan to dispute and posing questions for further discussion.

On November 13, 2020, Plaintiffs responded to the draft Vaughn information provided by ICE, listing redactions that they did not plan on challenging and noting that an email with further queries would be forthcoming. On November 16, 2020, Plaintiffs followed up with respect to ICE, noting some redactions with respect to which they sought further information or clarification.

During October and November, the parties conferred via email regarding these issues and Defendant provided additional information or clarification in response to Plaintiffs' queries, most recently on November 30, 2020, when

Defendant provided the information requested by Plaintiffs regarding certain ICE withholdings and Plaintiffs responded that based on that additional information, they would not be challenging those particular withholdings.

On October 30, 2020, while the parties were in the midst of their conferrals, Defendant, with Plaintiffs' consent, moved for an extension of the original summary judgment briefing schedule, which was to commence on November 4, 2020. (ECF No. 82). On November 5, 2020, the Court granted that motion, moving the due date for Defendant's opening brief from November 4 to December 10 and granting corresponding extensions of the other briefing deadlines. (ECF No. 83). Accordingly, pursuant to the current schedule, Defendant's opening brief is due December 10, 2020.

Defendant respectfully requests a one-month extension of this schedule for the following reasons.

First, undersigned counsel was ill for a substantial portion of the last few weeks, and in addition is now attending to a number of matters in other cases.

Second, Defendant did not receive feedback from Plaintiffs regarding the draft Vaughn information from ICE until mid-November, and it was only a week ago, following the Thanksgiving holiday, that the parties concluded their discussions regarding the ICE redactions. In addition, USCIS's preparation of its final Vaughn index was delayed due to USCIS's reprocessing of a large number of records, which involved lifting many of the original redactions. Accordingly, the scope of the redactions at issue on summary judgment has only recently become clear, and the relevant components are still working to finalize Vaughn indexes and declarations for submission with Defendant's summary judgment motion.

Third, undersigned counsel will be on long-planned leave for the last week in December.

Accordingly, Defendant respectfully requests that the summary judgment briefing schedule be revised as follows:

January 11, 2021: Defendant's motion for summary judgment.

February 22, 2021: Plaintiffs' opposition and cross-motion.

March 24, 2021: Defendant's reply and opposition to cross-motion.

April 8, 2021: Plaintiffs' reply.

April 22, 2021 (or TBD by Court): Hearing on parties' cross-motions.

This is Defendant's second request for an extension of the briefing schedule for the cross-motions for summary judgment with respect to ICE, CBP, and USCIS. Plaintiffs take no position on this request.

Respectfully submitted,

Dated: December 7, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

*/s/*
ELIZABETH TULIS (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*