UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC |

## [~~PROPOSED~~] ORDER

Upon the motion filed by defendant Department of Homeland Security, and good cause appearing, the Court hereby orders that the briefing schedule for the parties' cross-motions for summary judgment with respect to the FOIA requests submitted to ICE, CBP, and USCIS is revised as follows:

January 11, 2021: Defendant's motion for summary judgment.

February 22, 2021: Plaintiffs' opposition and cross-motion.

March 24, 2021: Defendant's reply and opposition to cross-motion.

April 8, 2021: Plaintiffs' reply.

April 22, 2021 at 1:30 PM: Hearing on parties' cross-motions.

1   IT IS SO ORDERED.

3   Dated: __December 8__, 2020

5   _____
    Hon. Edward M. Chen
    United States District Judge