JEFFREY BOSSERT CLARK
   Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
   Deputy Branch Director

ELIZABETH TULIS (NY Bar)
   Trial Attorney
   U.S. Department of Justice
   Civil Division, Federal Programs Branch
   1100 L Street, NW
   Washington, D.C.  20005
   Telephone: (202) 514-9237
   Facsimile: (202) 616-8460
   E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF STATE,<br><br>    Defendants. | No. 19-cv-290-EMC<br><br>CONSENT MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

Pursuant to Civil Local Rules 6-3 and 7-11, Defendant Department of Homeland Security ("Defendant"), by undersigned counsel, moves for a three-day extension of time, from January 11, 2021, to January 14, 2021, for Defendant to file a motion for summary judgment with respect to the FOIA requests submitted

to U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP") and U.S. Citizenship and Immigration Services ("USCIS"), and for corresponding extensions of the remaining summary judgment briefing deadlines. Plaintiffs consent to this request.

Defendant requests a three-day extension of its deadline to file the motion for summary judgment in order for undersigned counsel to address a time-sensitive matter in another case. In the other matter, undersigned counsel had arranged for a different attorney to be assigned to work on the filing at issue because of the summary judgment briefing deadline in this FOIA case. However, the new attorney who was assigned to assist with the time-sensitive filing had a death in his family earlier this week, which has made it difficult for him to devote maximum time to the matter. Because it is not feasible at this point to bring on another new attorney to work on the matter, and because undersigned counsel is the only attorney in her office with in-depth knowledge of the case at issue, undersigned counsel must now be more heavily involved in the filing than she had planned. Defendant therefore seeks a three-day extension of the deadline to file its motion for summary judgment with respect to CBP, ICE, and USCIS.

Accordingly, Defendant respectfully requests that the summary judgment briefing schedule be revised as follows:

January 14, 2021: Defendant's motion for summary judgment.

February 25, 2021: Plaintiffs' opposition and cross-motion.

March 27, 2021: Defendant's reply and opposition to cross-motion.

April 11, 2021: Plaintiffs' reply.

April 25, 2021 (or TBD by Court): Hearing on parties' cross-motions.

This is Defendant's third request for an extension of the briefing schedule for the cross-motions for summary judgment with respect to ICE, CBP, and USCIS. Plaintiffs consent to this request.

Respectfully submitted,

Dated: January 7, 2021

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

*/s/*
ELIZABETH TULIS (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:  (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*