JEFFREY BOSSERT CLARK
    Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
    Deputy Branch Director

ELIZABETH TULIS (NY Bar)
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, NW
    Washington, D.C.  20005
    Telephone: (202) 514-9237
    Facsimile: (202) 616-8460
    E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF STATE, <br><br> Defendants. | No. 19-cv-290-EMC <br><br><br> CONSENT MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

       Pursuant to Civil Local Rules 6-3 and 7-11, Defendant Department of Homeland Security ("Defendant"), by undersigned counsel, moves for a two-week extension of time, from January 14, 2021, to January 28, 2021, for Defendant to file a motion for summary judgment with respect to the FOIA requests submitted

to U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP") and U.S. Citizenship and Immigration Services ("USCIS"), and for corresponding extensions of the remaining summary judgment briefing deadlines. Plaintiffs consent to this request.

Defendant requests a two-week extension of its deadline to file the motion for summary judgment because undersigned counsel has been dealing with health issues over the past few days and now will be taking medical leave. This case will be reassigned to another attorney during counsel's medical leave, and Defendant therefore requests the extension to provide time for her office to make that reassignment, for the new attorney to familiarize himself or herself with the case, and for the new attorney to complete the summary judgment brief that is in progress.

Accordingly, Defendant respectfully requests that the summary judgment briefing schedule be revised as follows:

January 28, 2021: Defendant's motion for summary judgment.

March 11, 2021: Plaintiffs' opposition and cross-motion.

April 9, 2021: Defendant's reply and opposition to cross-motion.

April 23, 2021: Plaintiffs' reply.

May 7, 2021 (or TBD by Court): Hearing on parties' cross-motions.

This is Defendant's fourth request for an extension of the briefing schedule for the cross-motions for summary judgment with respect to ICE, CBP, and USCIS. Plaintiffs consent to this request.

CONSENT MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT
No. 19-cv-290-EMC

1

2   Dated: January 12, 2021

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

*/s/*
ELIZABETH TULIS (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:  (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

3

CONSENT MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT
No. 19-cv-290-EMC