UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 19-CV-00290-EMC |

# [PROPOSED] ORDER

Upon the consent motion filed by defendant Department of Homeland Security, and good cause appearing, the Court hereby orders that the briefing schedule for the parties' cross-motions for summary judgment with respect to the FOIA requests submitted to ICE, CBP, and USCIS is revised as follows:

January 28, 2021: Defendant's motion for summary judgment.

March 11, 2021: Plaintiffs' opposition and cross-motion.

April 9, 2021: Defendant's reply and opposition to cross-motion.

April 23, 2021: Plaintiffs' reply.

_____, 2021: Hearing on parties' cross-motions.

IT IS SO ORDERED.

Dated: January __, 2021

_____
Hon. Edward M. Chen
United States District Judge