BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH SHAPIRO
Deputy Director, Federal Programs Branch

MICHAEL J. GERARDI
Trial Attorney
Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
T: 202-616-0680
E: Michael.j.Gerardi@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |

PLEASE TAKE NOTICE that Michael J. Gerardi of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby appears as counsel of record for Defendants Department of Justice, Federal Bureau of Investigation, Department of Homeland Security, U.S. Customs and Border Protection, U.S. Citizenship and Immigration Services, U.S. Immigration and Customs Enforcement, and Department of State.

Copies of all pleadings, papers, and notices should be sent electronically to michael.j.gerardi@usdoj.gov.

| | |
|---|---|
| Dated: January 28, 2021 | Respectfully submitted, |

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH SHAPIRO
Deputy Director, Federal Programs Branch

*Michael J. Gerardi*
MICHAEL J. GERARDI
Trial Attorney
Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
T: 202-616-0680
E: Michael.j.Gerardi@usdoj.gov

*Attorneys for Defendants*