UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC |

## [PROPOSED] ORDER

Upon the motion for extension of time and additional pages filed by Plaintiffs with consent of Defendants, and good cause appearing, the Court hereby orders that the briefing schedule and allowable page limits for remaining briefing related to partial summary judgment with respect to the FOIA requests submitted to ICE, CBP, and USCIS is revised as follows:

March 25, 2021: Plaintiffs' opposition and cross-motion. 35 pages allotted.

April 23, 2021: Defendant's reply and opposition to cross-motion. 35 pages allotted.

May 6, 2021: Plaintiffs' reply. 15 pages allotted.

_____, 2021: Hearing on parties' cross-motions

IT IS SO ORDERED.

Dated: _____, 2021

_____
Hon. Edward M. Chen
United States District Judge