1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION, *et al.*,

     *Plaintiffs*,

    v.

DEPARTMENT OF JUSTICE, *et al.*,

     *Defendants*.

Case No. 19-CV-00290-EMC

**[~~PROPOSED~~] ORDER**

Upon the motion for extension of time and additional pages filed by Plaintiffs with consent of Defendants, and good cause appearing, the Court hereby orders that the briefing schedule and allowable page limits for remaining briefing related to partial summary judgment with respect to the FOIA requests submitted to ICE, CBP, and USCIS is revised as follows:

March 25, 2021: Plaintiffs' opposition and cross-motion. 35 pages allotted.

April 23, 2021: Defendant's reply and opposition to cross-motion. 35 pages allotted.

May 6, 2021: Plaintiffs' reply. 15 pages allotted.

May 20 , 2021: Hearing on parties' cross-motions

1     IT IS SO ORDERED.

2

3   Dated: _____March 2_____, 2021

4

5                                        _____
                                         Hon. Edward M. Chen
6                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28