HUGH HANDEYSIDE (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Fax: 212-549-2583
hhandeyside@aclu.org

MATTHEW CAGLE (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Fax: 415-255-1478
mcagle@aclunc.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Case No. 19-CV-00290-EMC <br><br> **[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendants' Motion, and Plaintiffs' Cross-Motion, for Summary Judgment with respect to CBP, ICE, and USCIS. Upon consideration of the argument and evidence submitted by the parties, it is hereby ORDERED that the Defendants' Motion for Summary Judgment with respect to CBP, ICE, and USCIS is DENIED, and Plaintiff's Cross-Motion for Partial Summary Judgment is GRANTED.

IT IS SO ORDERED.

Date: _____

_____
United States District Judge
Edward M. Chen