HUGH HANDEYSIDE (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Fax: 212-549-2583
hhandeyside@aclu.org

MATTHEW CAGLE (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Fax: 415-255-1478
mcagle@aclunc.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 19-CV-00290-EMC<br><br>**SECOND DECLARATION OF HUGH E. HANDEYSIDE IN SUPPORT OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO CBP, ICE, AND USCIS**<br><br>Hearing date: May 20, 2021<br>Time: 1:30 p.m., by videoconference<br>Judge: Hon. Edward M. Chen |

Pursuant to 28 U.S.C. § 1746, I, Hugh E. Handeyside, hereby state under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney at the American Civil Liberties Union Foundation and co-counsel for Plaintiffs the American Civil Liberties Union Foundation and American Civil Liberties Union Foundation of Northern California (together, the ACLU) in the above-captioned action. I submit this declaration in support of Plaintiffs' Cross-Motion for Partial Summary Judgment and Opposition to Defendants' Motion for Summary Judgment with respect to CBP, ICE, and USCIS.

2. Attached hereto as Exhibit A is a true and correct copy of pages excerpted from the production of records by Defendant U.S. Customs and Border Protection in response to Plaintiffs' Freedom of Information Act (FOIA) request.

3. Attached hereto as Exhibit B is a true and correct copy of pages excerpted from the production of records by Defendant U.S. Immigration and Customs Enforcement in response to Plaintiffs' FOIA request.

4. Attached hereto as Exhibit C is a true and correct copy of pages excerpted from the production of records by Defendant U.S. Citizenship and Immigration Services in response to Plaintiffs' FOIA request.

DATED: March 25, 2021
Bainbridge Island, WA

*/s/ Hugh Handeyside*
Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org