BRIAN M. BOYNTON
  Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
  Deputy Branch Director

ELIZABETH TULIS (NY Bar)
  Trial Attorney
  U.S. Department of Justice
  Civil Division, Federal Programs Branch
  1100 L Street, NW
  Washington, D.C.  20005
  Telephone: (202) 514-9237
  Facsimile: (202) 616-8460
  E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>              Plaintiffs,<br><br>     v.<br><br>DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF STATE,<br><br>              Defendants. | No. 19-cv-290-EMC<br><br>CONSENT MOTION TO EXTEND TIME TO FILE REPLY/OPPOSITION |

Pursuant to Civil Local Rules 6-3 and 7-11, Defendant Department of Homeland Security ("Defendant"), by undersigned counsel, moves for a two-week extension of time, from May 7, 2021, to May 21, 2021, for Defendant to file its reply in support of its motion for summary judgment and opposition to Plaintiffs'

cross-motion for summary judgment with respect to the FOIA requests submitted to U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP") and U.S. Citizenship and Immigration Services ("USCIS"). Plaintiffs consent to this request, provided the Court grants an extension of their reply deadline to June 10, 2021.

1. On January 28, 2021 Defendant filed its motion for summary judgment with respect to ICE, CBP, and USCIS.

2. On March 2, 2021, the Court granted Plaintiffs' motion for an extension of time to file their opposition and cross-motion and for an enlargement of the page limit for their brief.

3. On March 25, 2021, Plaintiffs filed their opposition and cross-motion.

4. Defendants' reply and opposition was originally due on April 23, 2021. On April 16, 2021, the Court granted Defendant's motion to extend the remaining summary judgment briefing deadlines by two weeks. (ECF No. 112).

5. Defendant has been diligently preparing its reply and opposition to Plaintiffs' cross-motion and carefully examining the arguments raised in Plaintiffs' brief. In reviewing the issues raised by Plaintiffs and the record in this case, the relevant DHS components have identified certain points in their original declarations that require clarification or supplementation and entries in the Vaughn indexes that require minor corrections, and are preparing supplemental declarations and/or amended Vaughn indexes where appropriate. In addition, USCIS has determined through its review that it can make additional disclosures in certain documents and is preparing a supplemental release, which it expects to finalize within two weeks.

6. Based on review of Plaintiffs' filings and the record in this case, CBP has determined that it will undertake a supplemental electronic search for

communications responsive to Parts 3 and 4 of Plaintiffs' FOIA request. CBP has sought Plaintiffs' consent to defer further briefing on and resolution of Plaintiffs' challenge to CBP's search until after the supplemental search and any resulting productions are complete. Plaintiffs have responded that they will agree to this request only on certain specified conditions, and the parties are currently attempting to negotiate a stipulation on the issue.

7. Because of the unanticipated issues that Defendant is now addressing in light of its review of Plaintiffs' filing, Defendant requires a brief extension of time to prepare its filings in opposition to Plaintiffs' cross-motion, including supplemental declarations and/or amended Vaughn indexes, and for USCIS to prepare an accompanying supplemental release. Due to the need to prepare these additional materials, and conflicting deadlines in other matters faced by Defendant's counsel the week of May 10, Defendant respectfully requests a two-week extension of time, from May 7, 2021, to May 21, 2021, to file its reply and opposition to Plaintiffs' cross-motion.

8. This is Defendant's second request for an extension of the deadline for Defendant to file its reply and opposition to Plaintiffs' cross-motion. Plaintiffs consent to this request, on the condition that their revised reply deadline be extended to June 10 as indicated below, to accommodate the Memorial Day holiday.

Accordingly, Defendant respectfully requests that the remainder of the summary judgment briefing schedule be revised as follows:

May 21, 2021: Defendant's reply and opposition to cross-motion.
June 10, 2021: Plaintiffs' reply.
June 24, 2021 (or TBD by Court): Hearing on parties' cross-motions.

Dated: May 4, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

*/s/*
ELIZABETH TULIS (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:  (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*