MATTHEW CAGLE (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Fax: 415-255-1478
mcagle@aclunc.org

HUGH HANDEYSIDE
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Fax: 212-549-2583
hhandeyside@aclu.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 19-CV-00290-EMC<br><br>**CONSENT MOTION TO EXTEND DEADLINE FOR JOINT CASE MANAGEMENT STATEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Courtroom:    5<br>Judge:    Hon. Edward M. Chen |

Pursuant to Local Rule 6-3, Plaintiffs move with Defendants' consent for a one-week extension of the deadline to submit a joint case management statement, currently set for May 6, 2021, and a one-week continuance of the case management conference set for May 13, 2021. *See* ECF No. 101.

On May 5, 2021, counsel for Defendants informed Plaintiffs' counsel that, due to a medical emergency requiring hospitalization, counsel is unable to assemble the information necessary to finalize the joint case management statement for submission by the May 6 deadline.

Plaintiffs therefore respectfully request that the Court reset the deadline to submit a joint case management statement to Thursday, May 13, 2021 and continue the case management conference until Thursday, May 20, 2021 or a date to be determined by the Court.

Respectfully submitted,

DATED: May 5, 2021

*/s/ Matthew Cagle*
Matthew Cagle
American Civil Liberties Union Foundation of
  Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org

*Attorneys for Plaintiffs*