UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 19-CV-00290-EMC |

**[PROPOSED] ORDER**

Upon the consent motion filed by defendant Department of Homeland Security, and good cause appearing, the Court hereby orders that the briefing schedule for the parties' cross-motions for summary judgment with respect to the FOIA requests submitted to ICE, CBP, and USCIS is revised as follows:

May 21, 2021: Defendant's reply and opposition to cross-motion. June 10, 2021: Plaintiffs' reply.

__July 1__, 2021: Hearing on parties' cross-motions. at 1:30PM.

IT IS SO ORDERED.

1  Dated: May 6, 2021

_____
Hon. Edward M. Chen
United States District Judge