UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 19-CV-00290-EMC |

### [~~PROPOSED~~] ORDER

Upon the motion for extension of time filed by Plaintiffs with Defendants' consent, and good cause appearing, the Court hereby orders the extension of the deadline to submit a joint case management statement and to hold a case management conference, as follows:

May 13, 2021 – Joint case management statement due

May 20, 2021 – Case management conference at 10:30AM

IT IS SO ORDERED.

Dated: __May 6__, 2021

_____
Hon. Edward M. Chen
United States District Judge