UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 19-CV-00290-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

The parties jointly submit this joint case management statement pursuant to the Court's order of May 12, 2021 (ECF No. 122) to address the status of searches and processing of records by the Department of Justice's Office of Information Policy ("OIP"), the Federal Bureau of Investigation ("FBI"), the State Department ("State"), the Department of Homeland Security's Office of Intelligence & Analysis ("I&A") and the DHS Privacy Office ("DHS").

Defendants' Report

I.     OIP

OIP has completed its productions, with the exception of records pending consultation with other Department components and Executive Branch agencies. Specifically, OIP is awaiting a consultation response from the Department of

Homeland Security before a final response can be issued. OIP will be issuing a final response once this consultation is completed.

## II. FBI

The FBI issued a production on April 30, 2021, processing 233 pages and releasing 77 pages, some of which contained exemptions. This release concludes the FBI's processing except for pages for which the FBI is awaiting responses on outstanding consults and awaiting responses with regard to submitter notices per Exemption (b)(4).

## III. State Department

Pursuant to the parties' agreement and the subsequent order entered by Magistrate Judge Illman (ECF Nos. 107, 110), the State Department is continuing to process rolling productions in advance of its final production date in September 2021. The State Department issued its most recent production to Plaintiffs on May 20, 2021.

## IV. DHS Privacy Office

DHS conducted three searches to locate records for Parts 1, 2, 3, and 5 of Plaintiffs' request. Search 1 corresponds to Part 1 of Plaintiffs' request. Searches 2 and 3 correspond to Parts 2, 3, and 5 of Plaintiffs' request. Pursuant to the parties' agreement and a subsequent order entered by Judge Illman (ECF Nos. 107, 110), DHS is currently making monthly rolling productions of responsive documents located in Search 1.

Prior to March 31, 2021, DHS ingested into FOIAXpress and prepared for review all of Search 1 (659 pages) and the first 10GB portion (2101 pages) of Search 2. DHS made its first rolling production on March 31, 2021. Although DHS previously described the March 31 production as reflecting documents located in response to Part 1 of Plaintiffs' FOIA request, the March 31 release was in fact made from the documents that were ingested from Search 2, and thus contained documents located in response to Part 2 of the FOIA request.

2

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 19-CV-00290-EMC

DHS made its second rolling production on April 29, 2021. DHS reviewed and produced records from Search 1 in the April production. Production of responsive documents located in Search 1 will be complete by May 31, 2021.

For Parts 2, 3, and 5 of Plaintiffs' request (Searches 2 and 3), pursuant to Judge Illman's order (ECF No. 116), DHS last week communicated to Plaintiffs an estimate of the volume of potentially responsive pages in Searches 2 and 3 and information to aid the parties in identifying ways to further adjust search parameters in order to reduce the volume of potentially responsive records to a manageable amount. Pursuant to Judge Illman's order, the parties must "submit a status report setting forth their respective positions as to the appropriate processing rate and schedule" by Monday, May 24, 2021.

When it sent its initial communication to Plaintiffs and then provided additional information in response to Plaintiffs' queries last week, DHS sought to meet and confer with Plaintiffs regarding the relevant search issues, and twice asked for Plaintiffs' counsel's availability for such a meeting. However, DHS did not receive a response to these inquiries. On Monday, May 17, Defendants' counsel again reached out to Plaintiffs' counsel, and, in the early hours of May 18, Plaintiffs' counsel responded that they were available to confer on Thursday, May 20. Accordingly, DHS met and conferred with Plaintiffs on May 20 in advance of submission of the required status report to Judge Illman on May 24.

While the parties explore options to reduce the volume of potentially responsive records to a manageable amount, DHS will continue to produce documents that have been ingested from Search 2 starting on June 30, reviewing 250 pages per month.

V. DHS I&A

I&A has completed its productions, with the exception of records pending consultation with other Department components and offices and Executive Branch agencies. I&A will be issuing a final response once this consultation is completed.

Plaintiffs' Report

Plaintiffs set forth relevant issues as to DHS Privacy and the State Department in status reports submitted to Magistrate Judge Illman. *See* ECF Nos. 99, 107, 115. As Judge Illman is in the process of addressing those issues, *see* ECF Nos. 103, 110, 116, Plaintiffs are aware of no further outstanding matters requiring the Court's attention at this time.

Respectfully submitted,

DATED: May 20, 2021

*/s/ Hugh Handeyside*
Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org

Matthew Cagle
American Civil Liberties Union Foundation
  of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

*/s/ Elizabeth Tulis*

ELIZABETH TULIS (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:  (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*