UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC <br><br> **STIPULATION** |

    Plaintiffs American Civil Liberties Union Foundation and American Civil Liberties Union Foundation of Northern California, and Defendant Department of Homeland Security ("DHS"), hereby stipulate to a suspension of briefing on Plaintiffs' challenge to the adequacy of the search conducted by U.S. Customs and Border Protection ("CBP") pending CBP's completion of a supplemental search described below and processing and production of responsive documents. The parties further stipulate that adjudication of the remaining issues in the parties' cross-motions need not await the completion of CBP's supplemental search and production of records.

    DHS states that while CBP's original searches included multiple electronic repositories, due to a misunderstanding among CBP offices surrounding relative

roles in conducting the original searches, CBP did not originally conduct a centralized electronic keyword search of email records through the Office of Information Technology specifically scoped to items 3 or 4 of Plaintiffs' FOIA request. CBP agrees that such a search should have been conducted. CBP will now endeavor to conduct a centralized electronic keyword search of email records of relevant custodians in an effort to identify records responsive to items 3 and 4 (the "Supplemental Search").

      The parties agree that the cut-off date for CBP's Supplemental Search will be the date that it is commenced, but that CBP will not supplement its prior searches in this case, which were commenced on earlier dates.

Respectfully submitted,

DATED: May 20, 2021

/s/ Hugh Handeyside
Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org

Matthew Cagle
American Civil Liberties Union Foundation
   of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No.

2

418925)
Deputy Branch Director

*/s/ Elizabeth Tulis*
ELIZABETH TULIS (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*