UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 19-CV-00290-EMC |

# [PROPOSED] ORDER

This matter comes before the Court on Defendant DHS's Motion, and Plaintiffs' Cross-Motion, for Summary Judgment with respect to CBP, ICE, and USCIS. Upon consideration of the argument and evidence submitted by the parties, it is hereby ORDERED that Defendant's Motion for Summary Judgment with respect to CBP, ICE, and USCIS is GRANTED, and Plaintiffs' Cross-Motion for Partial Summary Judgment is DENIED.

IT IS SO ORDERED.

Date: _____

_____
Edward M. Chen
United States District Judge