# Exhibit C



Privacy Office
U S Department of Homeland Security
Washington, DC 20528
202-343-1717, pia@dhs.gov
www.dhs.gov/privacy

**Privacy Threshold Analysis**
**Version number: 01-2014**
*Page 3 of 10*

## SPECIFIC PTA QUESTIONS

1. **Reason for submitting the PTA: New PTA**

U.S. Customs and Border Protection (CBP) is responsible for securing the borders of the United States while facilitating legitimate travel and trade to and from the same. CBP is entering into a testing and evaluation pilot with *MITRE* to test and evaluate their (b) (7)(E) This pilot will assess the (b) (5), (b) (7)(E)

. (b) (7)(E) already in use by CBP (and across DHS).

CBP currently uses publicly available social media information – consistent with previously approved Social Media Operational Use Templates (SMOUTs) – to conduct social media analysis in support of its border security mission. In particular, one of CBP's approved SMOUTs permits CBP to use (b) (7)(E) (b) (7)(E) to conduct thorough social media research in accordance with the terms of use of various social media platforms and providers. In all cases involved in this pilot, CBP will only access publicly available information in accordance with the privacy policies of the underlying social media or open source platforms analyzed. This means that all searches will be conducted (b) (7)(E)

(b) (7)(E)

Analysis during this testing and evaluation pilot will be focused primarily on (b) (7)(E) However, research using publicly available information may be conducted (b) (7)(E) pursuant to CBP's law enforcement authorities as deemed necessary to support CBP operations. As a pilot, this study will be fluid and allow for a range of information to be researched related to CBP's mission.

(b) (7)(E)

2. **Does this system employ any of the following technologies:**
   ☐ Closed Circuit Television (CCTV)
   ☒ Social Media

---

(b) (7)(E) is also used by S&T for its various social media pilots, including the ESTA Social Media Vetting Pilot.

(b) (7)(E)

USCBP000050



Privacy Office
U.S. Department of Homeland Security
Washington, DC 20528
202-343-1717, pia@dhs.gov
www.dhs.gov/privacy

**Privacy Threshold Analysis**
**Version number: 01-2014**
*Page 6 of 10*

| | |
|---|---|
| 4(f) If header or payload data[5] is stored in the communication traffic log, please detail the data elements stored. | |
| Click here to enter text. | |

| | |
|---|---|
| 5. Does this project, program, or system connect, receive, or share PII with any other DHS programs or systems[4]? | ☐ No.<br>☒ Yes. If yes, please list:<br>Any identified PII or potentially derogatory information will be stored within ATS-TF. |
| 6. Does this project, program, or system connect, receive, or share PII with any external (non-DHS) partners or systems? | ☒ No.<br>☐ Yes. If yes, please list: |
| 6(a) Is this external sharing pursuant to new or existing information sharing access agreement (MOU, MOA, LOI, etc.)? | N/A |
| 7. Does the project, program, or system provide role-based training for personnel who have access in addition to annual privacy training required of all DHS personnel? | ☐ No.<br>☒ Yes. If yes, please list: MITRE has available documentation on the use of the (b) (7)(E) [redacted] |
| 8. Per NIST SP 800-53 Rev. 4, Appendix J, does the project, program, or system maintain an accounting of disclosures of PII to individuals/agencies who have requested access to their PII? | ☐<br>☒ Yes. In what format is the accounting maintained: DHS 191 Form which will be provided to the CBP Privacy and Diversity Office should any information from ATS-TF be disclosed. |

---

[3] When data is sent over the Internet, each unit transmitted includes both header information and the actual data being sent. The header identifies the source and destination of the packet, while the actual data is referred to as the payload. Because header information, or overhead data, is only used in the transmission process, it is stripped from the packet when it reaches its destination. Therefore, the payload is the only data received by the destination system.

[4] PII may be shared, received, or connected to other DHS systems directly, automatically, or by manual processes. Often, these systems are listed as "interconnected systems" in Xacta.