*American Civil Liberties Union Foundation, et al. v. Department of Justice, et al.*
Civil No.: 3:19-cv-00290
United States Immigration and Customs Enforcement (ICE) *Vaughn* Index

| Bates-Stamp Prefix | Bates-Stamp Suffix (Page Number) | Degree of Withholding | Exemptions | Description of Records and Explanation of Exemptions |
|---|---|---|---|---|
| 2019-ICLI-00017 | 1008-1020 | Partial | (b)(5)<br>(b)(7)(E) | **Email titled "TASKING REQUEST – HSI NSID USE OF FACEBOOK"**<br><br>**Redacted Information per (b)(5):**<br>Partial redactions pursuant to FOIA Exemptions (b)(5) was used on a draft response and recommended edits to a draft response to a request for information from the Deputy Director of ICE on how ERO and HSI use Facebook data.<br><br>The information contains deliberative material and is withheld per (b)(5) which protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters.  The language within these documents is in draft form, states that the information is a draft and the comments have been made by divisions within the Office of Homeland Security Investigations for the purpose of providing accurate information to the Deputy Director.   The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information and ideas between agency personnel resulting in a chilling effect on intra- and inter-agency communications. The deliberative process privilege protects the internal deliberations of the government by exempting recommendations, analyses, and discussions undertaken to aid agency decision making.  The privilege also |

*American Civil Liberties Union Foundation, et al. v. Department of Justice, et al.*
Civil No.: 3:19-cv-00290
United States Immigration and Customs Enforcement (ICE) *Vaughn* Index

| Bates-Stamp Prefix | Bates-Stamp Suffix (Page Number) | Degree of Withholding | Exemptions | Description of Records and Explanation of Exemptions |
|---|---|---|---|---|
| | | | | prevents the premature disclosure of proposed policies, serves to avoid public confusion generated by rationales or decisions not ultimately adopted by an agency, and maintains the integrity of agency decision-making processes by encouraging open and candid discussions.  Draft documents, by their nature, are pre-decisional and preliminary versions of what may later become a final document in whole or in part.  Oftentimes draft documents never evolve into a final form; material is withdrawn or discarded during the decision-making process.<br><br>**Redacted Information per (b)(7)(E):**<br>Partial redactions pursuant to FOIA Exemptions (b)(7)(E) was applied to the location of targeted law enforcement operations.<br><br>**Reason for Redaction**<br>Exemption (b)(7)(E) was applied to law enforcement sensitive information, the release of which could reveal techniques and/or procedures for law enforcement investigations or prosecutions, or disclose guidelines for law enforcement investigations or prosecutions which could reasonably be expected to risk circumvention of the law.  Disclosure of the locations where law enforcement operations are being targeted could assist a third party in circumventing the law or disrupting these law enforcement operations.  Disclosure of information not commonly known to the public could |

*American Civil Liberties Union Foundation, et al. v. Department of Justice, et al.*
Civil No.: 3:19-cv-00290
United States Immigration and Customs Enforcement (ICE) *Vaughn* Index

| Bates-Stamp Prefix | Bates-Stamp Suffix (Page Number) | Degree of Withholding | Exemptions | Description of Records and Explanation of Exemptions |
|---|---|---|---|---|
| | | | | reasonably be expected to risk circumvention of the law. The disclosure of this law enforcement sensitive information serves no public benefit and would not assist the public in understanding how the agency is carrying out its statutory responsibilities. |

3