BRIAN M. BOYNTON
    Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
    Deputy Branch Director

VINITA B. ANDRAPALLIYAL (NY Bar)
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, NW
    Washington, D.C. 20005
    Telephone: (202) 305-0845
    Facsimile: (202) 616-8460
    E-mail: Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA , <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF STATE, <br><br> Defendants. | No. 19-cv-290-SK <br><br> NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS |

    PLEASE TAKE NOTICE that Vinita B. Andrapalliyal of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby appears as counsel of record for Defendants Department of Justice, Federal Bureau of Investigation, Department of Homeland

NOTICE OF APPERANCE OF COUNSEL FOR DEFENDANTS –
No. 19-cv-290-SK

Security, U.S. Customs and Border Protection, U.S. Citizenship and Immigration Services, U.S. Immigration and Customs Enforcement, and Department of State.

Copies of all pleadings, papers, and notices should be sent electronically to Vinita.b.andrapalliyal@usdoj.gov.

Respectfully submitted,

Dated: May 28, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH SHAPIRO
Deputy Director

*s/Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0845
Vinita.b.andrapalliyal@usdoj.gov

Attorneys for Defendants