**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** May 28, 2021     **Time:** 9:01-9:09= 8 Minutes     **Judge:** EDWARD M. CHEN

**Case No.:** 19-cv-00290-EMC     **Case Name:** American Civil Liberties Union Foundation v. Department of Justice

**Attorney for Plaintiff:** Matt Cagle
**Attorney for Defendant:** Elizabeth Tulis

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Debra Pas

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Further Case Management Conference held.

**SUMMARY**

Parties stated appearances.

Government clarified to the Court that regarding OIP completion of production, consultation with components of other agencies who have equities must be completed prior to decision to disclose. OIP has forwarded some records to Homeland Security for consultation and currently waiting response. FBI has indicated it also has some records pending consultation with private agencies prior to disclosure. Some progress has been made regarding DHS disclosure. DHS component working on an electronic search design which could be disclosed in a reasonable amount of time. Parties filed status report with Magistrate Judge Illman who is diligently working with the parties regarding disclosures. MSJ hearing still set for July 1, 2021; narrowed by recent stipulation (Dkt #124).

Government counsel noted Vinita Andrapalliyal will be substituting for her as she is going on maternity leave.