HUGH HANDEYSIDE (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Fax: 212-549-2583
hhandeyside@aclu.org

MATTHEW CAGLE (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Fax: 415-255-1478
mcagle@aclunc.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 19-CV-00290-EMC<br><br>**THIRD DECLARATION OF HUGH E. HANDEYSIDE IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO CBP, ICE, AND USCIS**<br><br>Hearing date: July 1, 2021<br>Time: 1:30 p.m., by videoconference<br>Judge: Hon. Edward M. Chen |

Pursuant to 28 U.S.C. § 1746, I, Hugh E. Handeyside, hereby state under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney at the American Civil Liberties Union Foundation (ACLU) and co-counsel for Plaintiffs the American Civil Liberties Union Foundation and American Civil Liberties Union Foundation of Northern California in the above-captioned action. I submit this declaration in support of Plaintiffs' Reply Memorandum in Support of Cross-Motion for Partial Summary Judgment with respect to CBP, ICE, and USCIS.

2. Attached hereto as Exhibit A is a true and correct copy of pages excerpted from the production of records by Defendant U.S. Customs and Border Protection (CBP) in response to Plaintiffs' Freedom of Information Act (FOIA) request. Plaintiffs highlighted in yellow content in the records that CBP is no longer withholding following CBP's reprocessing and reproduction of records in May 2021.

3. Attached hereto as Exhibit B is a true and correct copy of pages excerpted from the production of records by Defendant U.S. Immigration and Customs Enforcement (ICE) in response to Plaintiffs' FOIA request. Plaintiffs highlighted in yellow content in the records that ICE is no longer withholding following ICE's reprocessing and reproduction of records in May 2021. The highlighting at ICE 774, 786, 791-92, 1009, 1015, and 1018 was in the originally produced documents and was not added by Plaintiffs.

4. As indicated in the Appendix to Plaintiffs' Reply Memorandum, ICE produced but fully withheld under Exemption 5 six versions of the same Performance Work Statement for the Visa Lifecycle Vetting Initiative. For simplicity, Plaintiffs have included only one version of that document (ICE 596–640) in Exhibit B. Plaintiffs noted in their Cross-Motion for Partial Summary Judgment and Opposition to Defendants' Motion for Summary Judgment With Respect to CBP, ICE, and USCIS that they are willing to limit their challenge to whichever is the most recent version of the Performance Work Statement. *See* ECF No. 108 at 23 n.35.

5. Attached hereto as Exhibit C is a true and correct copy of pages excerpted from the production of records by Defendant U.S. Citizenship and Immigration Services (USCIS) in response to Plaintiffs' FOIA request. Plaintiffs highlighted in yellow content in the records that USCIS is no longer withholding following USCIS's reprocessing and reproduction of records in May 2021.

6. Attached hereto as Exhibit D is a true and correct copy of records reprocessed by the Department of Justice and produced to the ACLU of Northern California in August 2018 following the Ninth Circuit's ruling in *ACLU of Northern California v. Dep't of Justice*, 880 F.3d 473 (9th Cir. 2018).

DATED: June 10, 2021
Bainbridge Island, WA

/s/ *Hugh Handeyside*
Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org