1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION, *et al.*,

    *Plaintiffs*,

    v.

DEPARTMENT OF JUSTICE, *et al.*,

    *Defendants*.

Case No. 19-CV-00290-EMC

**NOTICE**

    Defendant Department of Homeland Security ("DHS"), hereby notifies this Court that Immigration and Customs Enforcement ("ICE") has fully released to Plaintiff the document entitled "Extreme Vetting-Visa Security Program-PATRIOT," which it had previously withheld in part under Exemption 7(E). *See* ECF No. 134-2 at 1347–49. Counsel for Defendants recently learned that the document had been inadvertently fully released in another case, *Knight First Amendment Inst. V. DHS*, No. 17cv-7572 (ALC), and fully released the document in this case accordingly.

Respectfully submitted,

DATED July 2, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

*/s/ Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:  (202) 305-0845
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

NOTICE
CASE NO. 19-CV-00290-EMC