# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** July 2, 2021  **Time:** 10:00-11:28=  **Judge:** EDWARD M. CHEN
1 Hour; 28 Minutes

**Case No.:** 19-cv-00290-EMC  **Case Name:** American Civil Liberties Union Foundation v. Department of Justice

**Attorneys for Plaintiff:** Hugh Handeyside, Matt Cagle
**Attorney for Defendant:** Vinita Andrapalliyal

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Katherine Sullivan

### PROCEEDINGS HELD BY ZOOM WEBINAR

[98] Motion for Summary Judgment
[108] Cross-Motion for Summary Judgment held.

### SUMMARY

Parties stated appearances and proffered argument.

The Court took under submission the cross-motions for summary judgment as to the propriety of the Government's withholdings under FOIA exemptions 5 and 7(E). The Government is instructed to submit unredacted copies of the documents at issue for *in camera* review within ten (10) days of the hearing.

The parties are further instructed to meet, confer, and attempt to resolve Plaintiffs' concerns regarding the sufficiency of the search for relevant documents conducted by Immigration and Customs Enforcement (ICE). If the parties are not able to resolve this dispute, they are to submit a joint letter within two weeks detailing their positions as to each of the remaining disputed issues.