UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, | Case No. 19-CV-00290-EMC |
| *Plaintiffs*, | **JOINT STATUS REPORT** |
| v. | |
| DEPARTMENT OF JUSTICE, *et al.*, | |
| *Defendants*. | |

In accordance with the Court's instructions provided at the July 2, 2021 motion hearing, the parties provide a joint update following their conferral on the scope of Defendant U.S. Immigration and Customs Enforcement's (ICE) search for records responsive to Plaintiff's FOIA request.

ICE intends to perform a supplemental search for records responsive to Plaintiffs' FOIA request, including any additional social-media monitoring policy records, social-media monitoring contracts, and communications about those contracts. The parties intend to further confer about the scope of ICE's past search, including the relevance of ICE's Enforcement and Removal Office (ERO) contract to use Thomson Reuters CLEAR technology, and the supplemental search, in the hopes of reaching an agreement and avoiding further litigation on these issues.

In light of ICE's forthcoming supplemental search, the parties stipulate that the adjudication of Plaintiffs' challenge to the adequacy of ICE's search be suspended pending ICE's completion of the supplemental search and processing and production of responsive documents. The parties further stipulate that the Court may adjudicate the remaining issues in the parties' cross-motions before ICE's supplemental search and productions are complete.

Respectfully submitted,

DATED: July 16, 2021

*/s/ Hugh Handeyside*
Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org

Matthew Cagle
American Civil Liberties Union Foundation
    of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

*/s/ Vinita B. Andrapalliyal*

2

VINITA B. ANDRAPALLIYAL (NY Bar)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:  (202) 305-0845
Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

JOINT STATUS REPORT
CASE NO. 19-CV-00290-EMC