MATTHEW CAGLE (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Fax: 415-255-1478
mcagle@aclunc.org

HUGH HANDEYSIDE
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Fax: 212-549-2583
hhandeyside@aclu.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>    *Defendants*. | Case No. 19-CV-00290-EMC<br><br>**MOTION FOR PUBLIC RELEASE OF HEARING TRANSCRIPT**<br><br>Courtroom:   5<br>Judge:          Hon. Edward M. Chen |

Pursuant to Local Rule 7-11, Plaintiffs respectfully request that the Court publicly release a transcript, with redactions where appropriate under the Freedom of Information Act (FOIA), of the *ex parte*, *in camera* hearing held on Friday, September 17, 2021 at 10:30am. ECF No. 139, 141. Defendants oppose this request.

The hearing concerns the parties' pending cross motions for summary judgment as to Defendants U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, and U.S. Citizenship and Immigration Services. ECF Nos. 98, 108-09, 126-29, 133-34. At this hearing, the Court and Defendants' counsel were to "go over all the redactions" in documents at issue where the government has asserted the deliberative process privilege under FOIA Exemption 5. 5 U.S.C. § 552(b)(5); ECF. No. 139.

The release of a transcript accords with the public's right of access to court proceedings and directly furthers FOIA's underlying purpose.

The public enjoys a qualified First Amendment and common law right of access to judicial documents such as transcripts. *Press-Enterprise Co. v. Superior Ct. of Cal.*, 478 U.S. 1, 8-9 (1986); *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). This right "applies fully" to documents relating to dispositive civil pleadings, because "the resolution of a dispute on the merits, whether by trial or summary judgment, is at the heart of the interest in ensuring the public's understanding of the judicial process and of significant public events." *Kamakana*, 447 F.3d at 1179 (citations omitted). The presumption of public access can be overcome only for "compelling reasons," *id.*, and based on "specific, on the record findings." *Press-Enterprise*, 478 U.S. at 13-14.

The public's right of access to judicial documents requires the disclosure of a transcript of the *ex parte* and *in camera* hearing, with redactions where appropriate under FOIA. Release of the transcript directly furthers FOIA's basic purpose: "to ensure an informed citizenry, vital to the functioning of a democratic society, needed to check against corruption and to hold the governors accountable to the governed." *John Doe Agency v. John Doe Corp.*, 493 U.S. 146, 152 (1989) (citation omitted). Here, where the transcript at issue relates to dispositive motions and Defendants' withholding of records regarding surveillance of First Amendment-protected

speech, and where Defendants already have had multiple opportunities to justify their withholdings on the record, furthering FOIA's basic purpose is particularly important.

For these reasons, Plaintiffs respectfully ask that the Court publicly release a transcript of the *ex parte* and *in camera* proceeding with redactions where appropriate pursuant to FOIA. Further, if the transcript remains sealed, Defendants should be directed to publicly describe their answers more fully, including disclosure of which of the Court's questions they answered as well as the issue or document to which the answer is addressed. That sort of disclosure would help more properly balance any need for secrecy with the public's right of access.

Respectfully submitted,

DATED: September 17, 2021

/s/ *Matthew Cagle*
Matthew Cagle
American Civil Liberties Union Foundation of
    Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org

*Attorneys for Plaintiffs*