UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 19-CV-00290-EMC |

# [PROPOSED] ORDER

Upon Plaintiffs' motion for the public release of a transcript of the *ex parte*, *in camera* hearing held in this matter on Friday, September 17, 2021 at 10:30 a.m., and good cause appearing, the Court hereby orders the release of the transcript with redactions where appropriate pursuant to FOIA.

IT IS SO ORDERED.

Dated: _____, 2021

_____
Hon. Edward M. Chen
United States District Judge