BRIAN M. BOYNTON
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director
VINITA B. ANDRAPALLIYAL
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20001
Telephone: (202) 305-0845
Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC <br><br> **NOTICE OF FILING** |

Defendants hereby notify this Court that Defendant U.S. Citizenship & Immigration Services has reprocessed two pages of its production after further review. The reprocessed pages are at issue in the parties' pending partial summary-judgment motion. As such, Defendants include the reprocessed pages in the attached exhibit.

Respectfully submitted,

DATED: September 20, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

/s/ *Vinita Andrapalliyal*
Vinita B. Andrapalliyal (NY Bar)
Trial Attorney
U.S. Department of Justice,

1

Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20001
Telephone: (202) 305-0845
Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

2