# Shirk, Georgette L

| | |
|---|---|
| **From:** | Gentry, Anthony E |
| **Sent:** | Monday, April 09, 2018 8:13 AM |
| **To:** | Gaffin, Elizabeth S; Quinn, Kevin T; Brown, Sara C |
| **Subject:** | RE: DHS procurement of SM services in Enhanced Vetting inititative |

Regarding the CDT letter...noted with interest, not much.

---

**From:** Gaffin, Elizabeth S
**Sent:** Monday, April 09, 2018 9:00 AM
**To:** Quinn, Kevin T; Brown, Sara C
**Cc:** Gentry, Anthony E
**Subject:** RE: DHS procurement of SM services in Enhanced Vetting inititative

(b)(5) And apparently the [redacted] I wonder what it does with sarcasm, my second language

Elizabeth Gaffin
USCIS Office of the Chief Counsel
[redacted] (b)(6)

---

**From:** Quinn, Kevin T
**Sent:** Monday, April 09, 2018 8:55 AM
**To:** Gaffin, Elizabeth S; Brown, Sara C
**Cc:** Gentry, Anthony E
**Subject:** RE: DHS procurement of SM services in Enhanced Vetting inititative

"...probability of becoming a positively contributing member of society..."

...based on social media.

HAHAHAHAHAHAHHAHAHAHAHA.

K

**Kevin T. Quinn**
USCIS - Fraud Detection and National Security
Chief – Social Media Division
[redacted] (b)(6)

---

**From:** Gaffin, Elizabeth S
**Sent:** Monday, April 09, 2018 8:53 AM
**To:** Quinn, Kevin T; Brown, Sara C
**Cc:** Gentry, Anthony E
**Subject:** RE: DHS procurement of SM services in Enhanced Vetting inititative

1

From CDT's letter
In July 2017, DHS held an industry day to pursue a contract to automate the current manual process of screening applicants for entry to the United States and immigration benefits as well as the process of creating deportation leads.2 In February 2018, DHS announced that it is moving forward with this contract following a closed procurement process.3 The contractor would be responsible for "exploit[ing]" information from sources such as social media websites, blogs, conferences, and academic websites.4 The contractor would be required to use automated processes to generate 10,000 investigative leads annually, to evaluate applicants' "probability of becoming a positively contributing member of society as well as their ability to contribute to the national interests," and to "assess whether an applicant intends to commit criminal or terrorist acts after entering the United States."5

Elizabeth Gaffin
USCIS Office of the Chief Counsel

(b)(6)

---

**From:** Quinn, Kevin T
**Sent:** Monday, April 09, 2018 8:39 AM
**To:** Gaffin, Elizabeth S; Brown, Sara C
**Cc:** Gentry, Anthony E
**Subject:** RE: DHS procurement of SM services in Enhanced Vetting inititative

I was not aware of… whatever that email is. But the system they're talking about is

(b)(5)

K


**Kevin T. Quinn**
USCIS - Fraud Detection and National Security
Chief – Social Media Division

(b)(6)


**From:** Gaffin, Elizabeth S                                                                    (b)(6)
**Sent:** Monday, April 9, 2018 8:24 AM
**To:** Brown, Sara C                                      Quinn, Kevin T
**Cc:** Gentry, Anthony E
**Subject:** DHS procurement of SM services in Enhanced Vetting inititative

https://cdt.org/insight/weighing-in-on-the-dhs-visa-lifecycle-vetting-initiative/

You are probably already aware of this

Elizabeth Gaffin
USCIS Office of the Chief Counsel

(b)(6)

2