UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 19-CV-00290-EMC |

# [PROPOSED] ORDER

Upon review of Plaintiff's Motion for Public Release of the Hearing Transcript, ECF No. 142, and of Defendant's opposition thereto, this Court hereby orders the motion is DENIED.

IT IS SO ORDERED.

Dated: _____, 2021

_____
Hon. Edward M. Chen
United States District Judge

[PROPOSED] ORDER
CASE NO. 19-CV-00290-EMC