BRIAN M. BOYNTON
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch
VINITA B. ANDRAPALLIYAL
Trial Attorney
Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
T: 202-305-0845
E: Vinita.b.andrapalliyal@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Case No. 3: 19-cv-00290-EMC <br><br> **JOINT MOTION FOR CLARIFICATION, CORRECTION, OR RELIEF FROM ORDER** <br><br> Motion Hearing Date: 10/21/21 1:30 PM |

The parties respectfully request clarification or a correction of a portion of this Court's September 23, 2021, order that granted in part and denied in part both parties' motions for partial summary judgment. Order, ECF No. 145. The parties notice the motion for October 21, 2021 at 1:30 PM, but respectfully request that this motion be decided on the papers.

On pages 8 and 9 of the Order, the Court examined a PowerPoint presentation included in records U.S. Citizenship and Immigration Services (USCIS) produced in response to Plaintiff's Freedom of Information Act (FOIA) request. *Id.* at 8–9. The Court concluded that FOIA Exemption 7(E) did not apply to the first part of the presentation at pages 1878–87 and ordered USCIS to reprocess pages 1878–85 without any redactions. *Id.* However, USCIS had not redacted any information from pages 1878–85 of its production.[1] *See* March 25, 2021 Decl. of Hugh Handeyside at 147–54, ECF No. 109-3 (USCIS's production of those pages); *see also* June 10, 2021 Decl. of Hugh Handeyside at 52–59, ECF No. 134-3 (same).

Because USCIS has already released in full the pages that this Court ordered to be reproduced without redactions, the parties request clarification or correction of this Court's order regarding USCIS's FOIA production. *See* Fed. R. Civ. P. 60(a). Alternatively, USCIS respectfully seeks relief from the order. Fed. R. Civ. P. 60(b)(1).

Dated: September 29, 2021                    Respectfully submitted,

                                             BRIAN M. BOYNTON
                                             Acting Assistant Attorney General

                                             ELIZABETH J. SHAPIRO
                                             Deputy Director, Federal Programs Branch

---

[1] While USCIS had initially redacted pages 1886 and 1887 under Exemption 7(E), *see* March 25, 2021, Handeyside Decl. at 155–56, ECF No. 109-3, it released those pages in full prior to the close of briefing, *see* June 10, 2021 Handeyside Decl. at 60–61. In any event, while this Court concluded that Exemption 7(E) did not apply to those pages, this Court did not order the pages to be reprocessed, presumably because USCIS already reprocessed them. *See* Order at 8–9.

1

*ACLU v. DOJ*, No. 3: 19-cv-00290-EMC
Joint Motion for Clarification, Correction, or Relief from Order

/s/ Vinita B. Andrapalliyal
VINITA B. ANDRAPALLIYAL
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Phone: 202-305-0845
Email: Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*


/s/ Hugh Handeyside
Hugh Handeyside
American Civil Liberties Union
    Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org

Matthew Cagle
American Civil Liberties Union
    Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

*Attorneys for Plaintiffs*