1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC |

### [PROPOSED] ORDER

Upon review of the parties' joint motion for clarification, correction, or relief from this Court's order on summary judgment, this Court orders that the motion is GRANTED.

This Court hereby clarifies/corrects/issues relief from its prior order as follows: _____.

IT IS SO ORDERED.

Dated: _____, 2021

_____
Hon. Edward M. Chen
United States District Judge