BRIAN M. BOYNTON
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch
VINITA B. ANDRAPALLIYAL
Trial Attorney
Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
T: 202-305-0845
E: Vinita.b.andrapalliyal@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Case No. 3: 19-cv-00290-EMC<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO REDACT PORTIONS OF SEPT. 17, 2021 EX PARTE HEARING TRANSCRIPT** |

**DEFENDANT'S ADMINISTRATIVE MOTION
TO REDACT PORTIONS OF EX PARTE HEARING TRANSCRIPT**

*ACLU v. DOJ*, No. 3: 19-cv-00290-EMC
Defs.' Administrative Motion to Redact Ex Parte Hearing Transcript

In accordance with the instructions set forth in this Court's September 24, 2021 clerk's notice, Defendants submit the attached, limited proposed redactions to the September 17, 2021 *ex parte* hearing transcript for this Court's review. Clerk's Notice, ECF No. 147. Defendants propose to redact only the information this Court found to be protected under Exemptions 5 and 7(E) of the Freedom of Information Act, 5 U.S.C. § 552. *See* Order on Summary Judgment, ECF No. 149; *see also* Oct. 8, 2021 Decl. of Vinita B. Andrapalliyal ¶ 8.

The proposed redactions do not warrant release under the First Amendment because public access of information protected from release under FOIA would not "play a 'significant positive role in the functioning of the particular process in question,'" *Cal-Almond, Inc. v. U.S. Dep't of Agric.*, 960 F.2d 105, 109 (9th Cir. 1992) (quoting *Press–Enterprise II,* 478 U.S. 1, 8 (1986)). After all, Congress crafted the FOIA exemptions to reflect the fact that "legitimate governmental and private interests could be harmed by release of certain types of information." *Wickwire Gavin, P.C. v. U.S. Postal Serv.*, 356 F.3d 588, 592 (4th Cir. 2004) (cleaned up). Similarly, release is unwarranted under the common-law right of access because information protected from release under FOIA ""have traditionally been kept secret for important policy reasons." *In re Copley Press, Inc.*, 518 F.3d 1022, 1029 (9th Cir. 2008) (quoting *Times Mirror Co. v. United States*, 873 F.2d 1210, 1219 (9th Cir. 1989)). Therefore, Defendants respectfully request that this Court release the *ex parte* hearing transcript with Defendants' recommended redactions.

Dated:  October 8, 2021                                            Respectfully submitted,

                                                                                            BRIAN M. BOYNTON
                                                                                            Acting Assistant Attorney General

                                                                                            ELIZABETH J. SHAPIRO
                                                                                            Deputy Director, Federal Programs Branch

                                                                                            */s/ Vinita B. Andrapalliyal*
                                                                                            VINITA B. ANDRAPALLIYAL
                                                                                            U.S. Department of Justice, Civil Division

1

*ACLU v. DOJ*, No. 3: 19-cv-00290-EMC
Def.'s Opp'n to Pl.'s Admin. Mot. to Publicly Release *Ex Parte* Hearing Transcript

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1100 L Street, NW
Washington, DC 20005
Phone: 202-305-0845
Email:  Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

2

*ACLU v. DOJ*, No. 3: 19-cv-00290-EMC
Def.'s Opp'n to Pl.'s Admin. Mot. to Publicly Release *Ex Parte* Hearing Transcript