BRIAN M. BOYNTON
Acting Assistant Attorney General
ELIZABETH SHAPIRO
Deputy Director, Federal Programs Branch
VINITA B. ANDRAPALLIYAL
Trial Attorney
Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
T: 202-305-0845
E: Vinita.b.andrapalliyal@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Case No. 3: 19-cv-00290-EMC <br><br> **DECLARATION OF VINITA B. ANDRAPALLIYAL** |

1. I am a Trial Attorney at the Department of Justice, Civil Division, Federal Programs Branch. I represent the Defendants in the above-referenced matter.

2. I have personal knowledge of the contents of this declaration, and I could and would testify competently thereto if called upon to do so.

3. On July 2, 2021, this Court held a hearing on the parties' cross motions for partial summary judgment. Minute Entry of July 6, 2021, ECF No. 137. The parties' motions concerned three federal agency components' responses to Plaintiffs' Freedom of Information Act (FOIA) request: U.S. Customs and Border Patrol (CBP), U.S. Citizenship & Immigration Services (USCIS), and Immigration and Customs Enforcement (ICE). *See* ECF Nos. 98, 108, 126, 133. After the hearing, this Court ordered Defendants to submit for *in camera review* the unredacted records relating to the contest withholdings Defendants made under FOIA Exemptions 5 and 7(E). *See* Minute Entry of July 6, 2021.

4. On September 17, 2021, this Court held an *ex parte* hearing to further discuss Defendants' Exemption 5 withholdings with the help of the unredacted documents submitted for *in camera* review. Clerk's Notices ECF Nos. 140, 141.

5. Later that day, Plaintiff moved for partial public release of the *ex parte* hearing transcript. Pl.'s Admin. Mot. for Public Release, ECF No. 142.

6. On September 22, 2021, this Court ruled on the parties' cross-motions for partial summary judgment, granting in part and denying in part both motions. Order on Summ. J., ECF No. 145. This Court upheld Defendants' redactions with two exceptions. *See* Amended Order on Summ. J., ECF No. 150. First, this Court ordered CBP to release in full a document initially withheld under Exemption 7(E), located at pages 125–36 of its production. *Id*. at 6–7. Second, this Court ordered CBP to release certain information withheld under Exemption 5 from pages 2, 7, and 19 of its production. *Id*. at 11–12.

1

*ACLU v. DOJ*, No. 3: 19-cv-00290-EMC
Decl. of Vinita B. Andrapalliyal

7. On September 24, 2021, this Court granted Plaintiff's motion for partial public release of the *ex parte* hearing transcript and ordered Defendants to propose redactions to the transcript within 14 days and according to the district's sealing procedures. Clerk's Notice, ECF No. 147.

8. CBP, USCIS, and ICE have reviewed the transcript and propose limited redactions therein. The redactions correspond to withholdings that this Court upheld in its order on summary judgment. *See* Order on Summ. J at 6–12. The unredacted transcript portions generally relate the proposed redactions to easily identifiable withholdings in the productions. *See, e.g.*, Sept. 17, 2021 Hearing Tr. 9:4–5 (proposing to redact information withheld on page 1 of CBP's production); *id*. 18:8–9 (proposing to redact information withheld on page 26 of CBP's production).

9. Defendants' summary-judgment briefing and the declarations of Patrick Howard, Terri White, and Fernando Piniero also describe in further detail the reasons for protecting this information. Defs.' Mot. for Partial Summ. J, ECF No. 98; Defs.' Opp'n to Pl.'s Mot. for Summ. J. and Reply in Support of Mot. for Partial Summ. J., ECF No. 126; Decl. of Patrick Howard, ECF No. 98-3; Supp. Decl. of Patrick Howard, ECF No.127; Decl. of Fernando Piniero, ECF No. 98-1; Suppl. Decl. of Fernando Piniero, ECF No. 128; Decl. of Terri White, ECF No. 98-5; Suppl. Decl. of Terri White, ECF No. 129.

Dated: October 7, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
U.S. Department of Justice, Civil Division

1100 L Street, NW
Washington, DC 20005
Phone: 202-305-0845
Email: Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*