UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC |

# [~~PROPOSED~~] ORDER

Upon review of Defendants' proposed redactions to the September 17, 2021 *ex parte* hearing transcript in their administrative motion to seal, the motion is GRANTED.

IT IS SO ORDERED.

Dated: <u>October 8</u>, 2021

_____
Hon. Edward M. Chen
United States District Judge