UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC <br><br> **NOTICE OF WITHDRAWAL OF HUGH HANDEYSIDE** |

Counsel for Plaintiffs hereby notify the Court that Hugh Handeyside, one of their attorneys of record, is unavailable to represent Plaintiffs further in this matter and therefore withdraws as counsel of record. Matthew Cagle, currently counsel of record, will continue to represent Plaintiffs following Mr. Handeyside's withdrawal.

Respectfully submitted,

DATED: December 28, 2021

s/*Hugh Handeyside*
Hugh Handeyside
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
hhandeyside@aclu.org

1
NOTICE OF WITHDRAWAL – HUGH HANDEYSIDE
CASE NO. 19-CV-00290-EMC

Matthew Cagle
American Civil Liberties Union Foundation of
   Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

*Attorneys for Plaintiffs*