# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 29, 2022　　　　**Time:** 21 minutes　　　　**Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-00290-EMC　　**Case Name:** American Civil Liberties Union Foundation v. Department of Justice

**Attorneys for Plaintiff:** Matthew Cagle and Patrick Toomey
**Attorney for Defendant:** Vinita Andrapalliyal

**Deputy Clerk:** Vicky Ayala　　　　**Zoom Webinar Time:** 3:01-3:21

## PROCEEDINGS

Status Conference- held

## SUMMARY

Parties stated appearances.

Plaintiff indicated ICE and CBP supplemental searches and productions, as well as DHS, I&A and DHS Privacy consult referrals are not progressing quickly enough; he requested the Court set a production schedule.

Defendant stated CBP has been making monthly productions since January 2022. CBP has provided an estimated production end date of end of the calendar year. There are over 11,000 records to process, CBP will produce 1,000 pages per month. ICE has approximately 3000 pages to review; production of 500 pages per month will begin in April.

Plaintiff believes it is a reasonable request to have CBP and ICE complete productions by 12/15/22 and outstanding referrals and consults complete productions by 6/15/22. Defendant objected to these proposed dates.

Court set 6/15/22, and 12/15/22 as target dates for productions to be completed. Court advised parties to work with Judge Illman to assist with meeting the targeted production dates. Judge Chen will discuss with Judge Illman.

CASE CONTINUED TO: **September 27, 2022, at 2:30 PM.** Joint status report **due by 9/21/22.**