UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 19-CV-00290-EMC<br><br>**JOINT STATUS REPORT** |

In accordance with the Court's order on October 14, 2022 (ECF 165), the parties submit this joint status report and update on the status of the agencies' productions in this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

**I.  Searches and Productions by FBI, OIP, USCIS, State, DHS Privacy, and I&A**

1. The Federal Bureau of Investigation (FBI) has completed its processing and production in this case, including consults and referrals. FBI's final production was made on September 23, 2022.

2. The Department of Justice's Office of Information Policy (OIP) has completed its processing and production and is not aware of any

outstanding referrals it made in this case.

3. The Department of Homeland Security's (DHS) U.S. Citizenship and Immigration Services (USCIS) has completed all processing and production, including inter- and intra-agency referrals to USCIS. USCIS's final production, in which it processed a referral from DHS, was made on May 31, 2022.

4. The Department of State (State) has completed its processing and production in this case, including inter- and intra-agency referrals. State's final productions, in which it processed referrals from OIP, were made on June 17, 2022, and September 13, 2022.

5. DHS's Office of Intelligence & Analysis (I&A) has completed processing and production, including outstanding consults and referrals. I&A processed an outstanding consult from the Transportation Security Administration (TSA) in April 2022. Due to some uncertainty about whether Plaintiffs' counsel received the results of the consult, I&A produced the pages on September 20, 2022, out of an abundance of caution.

6. DHS's Privacy Office (DHS Privacy) received a referral from CBP associated with CBP's supplemental search in December 2022 and expects to process the referral and produce the nonexempt portions of the records to Plaintiffs by January 6, 2023. DHS Privacy has otherwise completed its production and processing in this case.

## II. Supplemental Searches and Productions by CBP and ICE

7. DHS's U.S. Customs and Border Protection (CBP) has completed its processing of all documents identified in its supplemental search. CBP's final production was made on December 13, 2022. When reviewing its final production in December 2022, CBP identified three pages of records that contain information provided by, or of substantial interest to,

2
JOINT STATUS REPORT
CASE NO. 19-CV-00290-EMC

another component of DHS, and referred the records to DHS Privacy for review and release. *See* 6 C.F.R. § 5.4(c). As stated above, DHS Privacy has received that referral and expects to produce the nonexempt portions of the records to Plaintiffs by January 6, 2023.

8. DHS's Immigration and Customs Enforcement (ICE) has completed its supplemental production and processing in this case, including consults and referrals. ICE's final production was made on November 17, 2022.

9. Plaintiffs are reviewing the government's recent productions in order to identify any questions or issues related to searches or processing that the parties may be able to resolve themselves, rather than through further litigation.

Respectfully submitted,

DATED: January 3, 2023

*/s/ Scarlet Kim*
Scarlet Kim (admitted *pro hac vice*)
Patrick Toomey (admitted *pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
scarletk@aclu.org
ptoomey@aclu.org

Matthew Cagle
American Civil Liberties Union Foundation
   of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO (DC Bar No. 418925)
Deputy Branch Director

*/s/ Andrew J. Rising*
ANDREW J. RISING (DC Bar No. 1780432)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 11406
Washington, DC 20005
Telephone: (202) 514-0265
Andrew.J.Rising@usdoj.gov

*Attorneys for Defendants*