UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC <br><br> **JOINT STATUS REPORT AND MOTION FOR ADJOURNMENT OF STATUS CONFERENCE** |

In accordance with the Court's order on November 9, 2023 (ECF 181), the parties submit this joint status report and update on this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. As described below, in light of the parties' agreement in principle to resolve this case without need for further litigation and their significant progress toward finalizing a settlement, the parties respectfully request an adjournment of the upcoming status conference scheduled for February 6, 2024, at 2:30 p.m.

I. **Current Status**

1. As previously reported, all agencies have completed production and processing in this case. Following Plaintiffs' review of the Government's productions, the parties conferred, and Plaintiffs determined that they do

1

JOINT STATUS REPORT
CASE NO. 19-CV-00290-EMC

not plan to further challenge the agencies' searches and withholdings. The only issue remaining in this case is Plaintiffs' demand for fees and costs.

2. The parties have reached an agreement in principle to settle Plaintiffs' claim for attorney fees and costs, subject to final approvals and agreement on a joint stipulation resolving the case. The parties have made significant progress toward resolving all outstanding issues and are in the process of obtaining final approvals on the joint stipulation they have negotiated.

3. Given that the parties have reached an agreement in principle to settle this case without the need for further litigation, the parties propose adjourning the status conference currently set for February 6, 2024.

4. Accordingly, in order to afford the parties sufficient time to finalize an agreement on a joint stipulation resolving the case, the parties respectfully propose that they file another joint status report on or before March 1, 2024, in the event that such agreement has not been executed by then, advising the Court as to their progress and any outstanding issues.

Respectfully submitted,

DATED: January 30, 2024

*/s/ Patrick Toomey*
Patrick Toomey (admitted *pro hac vice*)
Scarlet Kim (admitted *pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
ptoomey@aclu.org
scarletk@aclu.org

Matthew Cagle

| | |
|---|---|
| 1 | American Civil Liberties Union Foundation |
| 2 |    of Northern California |
|  | 39 Drumm Street |
| 3 | San Francisco, CA 94111 |
|  | Telephone: 415-621-2493 |
| 4 | mcagle@aclunc.org |


1  American Civil Liberties Union Foundation
       of Northern California
2  39 Drumm Street
3  San Francisco, CA 94111
   Telephone: 415-621-2493
4  mcagle@aclunc.org

5

*Attorneys for Plaintiffs*

6

7  BRIAN M. BOYNTON
8  Principal Deputy Assistant Attorney General

9
   ELIZABETH J. SHAPIRO (DC Bar No.
10 418925)
11 Deputy Branch Director

12
   */s/ Andrew J. Rising*
13 ANDREW J. RISING (DC Bar No. 1780432)
14 Trial Attorney
   United States Department of Justice
15 Civil Division, Federal Programs Branch
16 1100 L Street, NW, Rm. 11406
   Washington, DC  20005
17 Telephone: (202) 514-0265
18 Andrew.J.Rising@usdoj.gov

19
   *Attorneys for Defendants*
20