UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-00290-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiffs American Civil Liberties Union Foundation and American Civil Liberties Union Foundation of Northern California and Defendants—the U.S. Department of Justice, the Federal Bureau of Investigation, the U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Citizenship and Immigration Services, U.S. Immigration and Customs Enforcement, and the U.S. Department of State—by and through their undersigned counsel, enter into this Stipulation and Order of Dismissal as follows.

Upon the Court's approval of this Stipulation and Order:

1. Defendants will pay Plaintiffs the amounts specified below in full and complete satisfaction of any claim by Plaintiffs for attorneys' fees, costs, and litigation expenses under the Freedom of Information Act ("FOIA") in connection with the case of *ACLU, ET AL., v. DOJ, ET AL.*, Case No. 3:19-cv-0290-EMC (N.D. Cal.) ("Case No. 19-0290"). The payments shall be divided between certain agencies and components of Defendants as follows:

    A.   To the American Civil Liberties Union Foundation, (1) the Federal Bureau of Investigation will pay $51,698.00; (2) U.S. Immigration

and Customs Enforcement will pay $41,358.40; (3) U.S. Customs and Border Protection will pay $41,358.40; (4) U.S. Citizenship and Immigration Services will pay $31,018.80; (5) the Department of Justice, Office of Information Policy, will pay $15,509.40; (6) the Department of Homeland Security will pay $15,509.40; and (7) the Department of State will pay $10,339.60.

    B.    To the American Civil Liberties Union Foundation of Northern California, (1) the Federal Bureau of Investigation will pay $8,302.00; (2) U.S. Immigration and Customs Enforcement will pay $6,641.60; (3) U.S. Customs and Border Protection will pay $6,641.60; (4) U.S. Citizenship and Immigration Services will pay $4,981.20; (5) the Department of Justice, Office of Information Policy, will pay $2,490.60; (6) the Department of Homeland Security will pay $2,490.60; and (7) the Department of State will pay $1,660.40.

2. These payments will constitute full and final satisfaction of any and all of Plaintiffs' claims for attorneys' fees, costs, and litigation expenses in Case No. 19-0290 incurred through the date of this Stipulation and Order, and are inclusive of any interest. Any subsequent claim for attorneys' fees and costs in connection with Case No. 19-0290 will be limited to a claim for fees and/or costs in connection with any future application to enforce the Stipulation and Order.

3. Defendants will pay the above amounts by wire transfer to the accounts at financial institutions designated in writing by counsel for Plaintiffs consistent with normal processing procedures followed by Defendants and the United States Department of the Treasury, once Plaintiffs' counsel have provided the bank routing and account information requested by Defendants for the individuals and accounts to receive such payment. After the parties' execution

of this agreement, Plaintiffs will promptly provide all required account information. Upon receipt of this information, Defendants will promptly prepare and submit all required documentation for processing and disbursement of the payment set forth above. Defendants will make all reasonable efforts to effectuate payment within 90 days of the date that Plaintiffs' counsel provides the necessary information for the accounts to receive payment. Nothing in this Agreement waives or modifies any federal, state, or local law pertaining to taxes, offsets, levies, and liens that may apply to this Agreement or the settlement payment, and this Agreement is executed without reliance on any representation by Defendants as to the application of any such law.

4. Plaintiffs release and forever discharge Defendants and their successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all past, present, or future claims for attorneys' fees, costs, or litigation expenses in connection with Case No. 19-0290. This release does not apply to any other litigation.

5. Plaintiffs hereby release and forever discharge Defendants, and their successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all claims that Plaintiffs asserted, or could have asserted during this litigation, arising out of the FOIA requests on which this action is based.

6. The parties acknowledge that this Stipulation and Order is entered into solely for the purpose of settling and compromising any remaining claims in Case No. 19-0290 without further litigation, and it will not be construed as evidence or as an admission regarding any issues of law or fact, or regarding the truth or validity of any allegation or claim raised in this action, or as evidence or as an admission by Defendants regarding Plaintiffs' entitlement to or eligibility for

attorneys' fees and other litigation costs under the FOIA. This Stipulation and Order will not be used by Plaintiffs in any manner to establish liability for fees, amounts, or hourly rates in any other case or proceeding involving Defendants.

7. This action is accordingly dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), provided that the Court shall retain jurisdiction over any issues that might arise relating to the enforcement of this Stipulation and Order.

8. This Stipulation and Order may be executed in counterparts on the parties' behalf by their attorneys of record. Facsimiles and pdf versions of signatures will constitute acceptable, binding signatures.

STIPULATED AND AGREED on March 5, 2024.

*/s/ Patrick Toomey*
Patrick Toomey (admitted *pro hac vice*)
Scarlet Kim (admitted *pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
ptoomey@aclu.org
scarletk@aclu.org

Matthew Cagle
American Civil Liberties Union Foundation
    of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
mcagle@aclunc.org

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO (DC Bar No. 418925)
Deputy Branch Director

_/s/ Andrew Rising_
ANDREW J. RISING (DC Bar No. 1780432)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 11406
Washington, D.C.  20005
Telephone: (202) 514-0265
Andrew.J.Rising@usdoj.gov

*Attorneys for Defendants*